UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC.,<br><br>　　　　　Defendants. | Case No. 7:23-cv-03586<br><br>**Jury Trial Demanded** |

## **RULE 7.1 STATEMENT**

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff The Wave Studio, LLC hereby certifies that no publicly-held corporation owns 10% or more of Plaintiff's stock.

Dated: New York, New York
　　　　April 28, 2023

ROBINS KAPLAN LLP

By: 　/s/ *Gabriel Berg*
　　Roman Silberfeld (*pro hac vice* to be filed)
　　Annie Huang
　　Gabriel Berg
　　GBerg@RobinsKaplan.com
　　Jessica Gutierrez (*pro hac vice* to be filed)
　　Zac Cohen (*pro hac vice* to be filed)
　　Waleed Abbasi
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
Telephone: 212 980 7400
Facsimile: 212 980 7499

*Attorneys for Plaintiff The Wave Studio, LLC*