AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| The Wave Studio, LLC, | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 7:23-cv-03586 |
| Trivago N.V., Trivago Services US, LLC, Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., MakeMyTrip India Pvt. Ltd. and MakeMyTrip.com, Inc. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Please See Attached Schedule A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabriel Berg, Esq.
Robins Kaplan LLP
1325 Avenue of the Americas, Suite 2601
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/01/2023

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

# SCHEDULE A

Trivago N.V.
Kessselstraße 5 - 7, 40221
Düsseldorf, Germany

Trivago Services US, LLC
140 Broadway, 46th Floor
New York, New York 10005

Trip.com Group Limited
968 Jin Zhong Road
Shanghai, China 200335

Trip.com Travel Singapore Pte. Ltd.
1 Harbourfront Avenue
Keppel Bay Tower
Singapore 098632

Skyscanner Ltd.
777 Brickell Avenue
Miami, Florida 33131

MakeMyTrip India Pvt. Ltd.
Tower A/B/C Epitome, Building No. 5
DLF Cyber City, DLF Phase III
Sector 25, Gurugram, Haryana
122002, India

MakeMyTrip.com
60 East 42nd Street, Suite 605
New York, NY 10165