# EXHIBIT 2

## IN THE APPELLATE DIVISION OF THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: AD/CA 12/2022

Doc No.: AD/ORC 13/2023
Filed: 20-February-2023 11:20 AM



Between

1. GENERAL HOTEL MANAGEMENT (SINGAPORE) PTE LTD
   (Singapore UEN No. 199103054D)

2. GENERAL HOTEL MANAGEMENT, LTD
   (British Virgin Islands Registration No. S91UF0500H)

...Appellant(s)

And

1. THE WAVE STUDIO PTE. LTD. (formerly known as THE WAVE DESIGN PTE. LTD.)
   (Singapore UEN No. 200508995G)

2. Lee Kar Yin
   (NRIC No. S6970349F)

3. THE WAVE STUDIO, LLC
   (United States Registration No. 4137603)

...Respondent(s)



In the matter of HC/S 175/2018

Between

1. THE WAVE STUDIO PTE. LTD. (formerly known as THE WAVE DESIGN PTE. LTD.)
   (Singapore UEN No. 200508995G)

2. Lee Kar Yin
   (NRIC No. S6970349F)

3. THE WAVE STUDIO, LLC
   (United States Registration No. 4137603)

...Plaintiff(s)

And

1. GENERAL HOTEL MANAGEMENT (SINGAPORE) PTE LTD
   (Singapore UEN No. 199103054D)

2. GENERAL HOTEL MANAGEMENT, LTD
   (British Virgin Islands Registration No. S91UF0500H)

...Defendant(s)

### ORDER OF COURT

Before:    The Honourable Justice Steven Chong, The Honourable Justice Woo Bih Li and The Honourable Justice Aedit Abdullah in Open Court

Date of Order :    13-February-2023



**UPON THE APPEAL** of the Appellants made by way of AD/CA 12/2022 and AD/CA 46/2022 coming on for hearing on this 13th day of February 2023, **AND UPON READING** the Appellants' Case and the Respondents' Case filed in AD/CA 12/2022 and AD/CA 46/2022, and **UPON HEARING** Counsel for the Appellants and Counsel for the Respondents,

It is ordered that:

1. The Appeal in AD/CA 12/2022 is dismissed.

2. The Appellants are to pay the Respondents an aggregate sum of S$45,000 (all-in) as the costs and disbursements of both AD/CA 12/2022 and AD/CA 46/2022 ("**Appeals**").

3. The Respondents' solicitors shall release the sum of S$410,615.93 being held in an interest-bearing account pursuant to HC/ORC 3132/2022 to the Respondents and shall return to the Appellants the balance of that sum that does not form part of any order made by the Appellate Division from the final determination of the Appeals.

4. The usual consequential orders apply.



https://www.courtorders.gov.sg
Access code: 85jxv02rx

Getting this document from the Authentic Court Orders Portal verifies:
(a) that it was issued by the Courts of the Republic of Singapore or, in the case of a Schedule of Assets, that it was filed with the Courts in relation to an application for a Grant of Probate/Letter of Administration; and (b) the text of the document was issued on 13 Feb 2023

AD/CA12/2022:AD/ORC13/2023:AD/CA12/2022:AD/ORC13/2023:AD/CA12/2022:AD/OR

TAN BOON HENG
REGISTRAR
SUPREME COURT
SINGAPORE