# EXHIBIT 5

## Callahan, Cynthia M.

| | |
|---|---|
| **From:** | Catalano, Jeffrey J. <jcatalano@sgrlaw.com> |
| **Sent:** | Saturday, May 6, 2023 3:59 PM |
| **To:** | Berg, Gabriel |
| **Cc:** | Callahan, Cynthia M.; Abbasi, Waleed T.; Maldonado, Roger; jcatalano@sgrlaw.com |
| **Subject:** | [EXTERNAL] RE: The Wave Studios |

Gabriel:

We have been retained by trivago N.V. and trivago Services US, LLC to represent them in connection with litigation captioned The Wave Studio, LLC v. trivago N.V., et al, Case No. 7:23-cv-03586-NSR.  Please copy me and my partner, Roger Maldonado, on any correspondence or pleading in or related to this case.

Please be advised that we will appear and oppose Plaintiff's motion for Temporary Restraining Order.  We would like to speak with you Monday morning in order to set a time for the hearing on the motion for order to show cause for temporary restraining order.  To that end, please advise if you have heard from counsel for Trip.com, Skyscanner, or MakeMyTrip.com, as we believe it makes sense to coordinate these discussions.

Finally, we note that the exhibits to the Lee Kar Yin Declaration were filed under seal, notwithstanding the fact that they are described in the declaration as copies of publicly-available documents annotated to demonstrate Plaintiff's infringement contentions.  More pressing, the service email you sent to trivago's General Counsel did not include the exhibits.

Please provide the exhibits as soon as possible.

Regards,

**Jeffrey J. Catalano**
*Partner*

**p** | (312) 360-6832
**f** | (312) 360-6520
**e** | jcatalano@sgrlaw.com
311 South Wacker Drive | Suite 3000 | Chicago, IL 60606
www.sgrlaw.com  |  My Bio  |  vCard



**From:** Berg, Gabriel <GBerg@RobinsKaplan.com>
**Sent:** Friday, May 5, 2023 8:36 PM
**To:** Ryan Citlau <Ryan.Citlau@trivago.com>
**Cc:** Callahan, Cynthia M. <CCallahan@RobinsKaplan.com>; Abbasi, Waleed T. <WAbbasi@RobinsKaplan.com>
**Subject:** The Wave Studios

> You don't often get email from gberg@robinskaplan.com. Learn why this is important

Dear Mr. Citlau,

We represent Plaintiff The Wave Studio, LLC in a newly filed copyright action against Trivago in the Southern District of New York.  The case number is 7:23-cv-03586-NSR.
We are seeking a temporary restraining order against your company, as attached here, for ongoing infringement of Wave's copyrights in connection with your company's promotion of various hotels (for whom Wave worked) on your websites.  Please note that the exhibits to this filing were too voluminous to be attached and sent via email.

The Judge has directed us to give Trivago notice of our motion.  It is our preference to speak with your US-based counsel.  If you are represented by counsel in the United States, please advise them to call me immediately at the below contact information so that we may meet and confer with them on this matter immediately.  If it is your intention to proceed without US counsel, please call me to discuss this matter.

Thank you,

Gabriel Berg
Partner
Robins Kaplan LLP | 1325 Avenue of the Americas | Suite 2601 | New York, NY  10019
p 212 980 7458 | f 212 980 7499 | GBerg@RobinsKaplan.com| www.RobinsKaplan.com
Bio: www.robinskaplan.com/professionals/b/gabriel-berg



_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com
_____