# EXHIBIT 6

**Callahan, Cynthia M.**

| | |
|---|---|
| **From:** | Adhiraj Singh <Adhiraj.Singh@go-mmt.com> |
| **Sent:** | Monday, May 8, 2023 1:58 AM |
| **To:** | Berg, Gabriel; S Sreesh |
| **Cc:** | Callahan, Cynthia M.; Abbasi, Waleed T. |
| **Subject:** | [EXTERNAL] RE: The Wave Studio, LLC v. Makemytrip,com |

Dear Mr Berg,

We acknowledge receipt of your email.

We have not appointed US counsel in the matter yet, however, if you agree, I am happy to have a preliminary discussion with you on this matter to see if we can reach any non-adversarial consensus on this.

I would also appreciate if you could send me the hyperlinks of MMT where the allegedly infringing photos are displayed and/or a copy of the copyrighted photographs, so that we may evaluate this in advance of our call.

Regards,
**Adhiraj Singh** | Associate General Counsel
**Email |** Adhiraj.Singh@go-mmt.com +91 9871 116 308
**Office |** 19th Floor, Tower A, B & C, Epitome Building No 5, DLF Cyber City, Phase II, Gurugram 122 002, India




---

**From:** Berg, Gabriel <GBerg@RobinsKaplan.com>
**Sent:** Saturday, May 6, 2023 12:30:08 AM
**To:** Hitesh Mehra <Hitesh.Mehra@go-mmt.com>
**Cc:** Callahan, Cynthia M. <CCallahan@RobinsKaplan.com>; Abbasi, Waleed T. <WAbbasi@RobinsKaplan.com>
**Subject:** The Wave Studio, LLC v. Makemytrip,com

**External Email**

Dear Mr. Mehra,

We represent Plaintiff The Wave Studio, LLC in a newly filed copyright action against Makemytrip.com in the Southern District of New York.  The case number is 7:23-cv-03586-NSR.

We are seeking a temporary restraining order against your company, as attached here, for ongoing infringement of Wave's copyrights in connection with your company's promotion of various hotels (for whom Wave worked) on your websites.  Please note that the exhibits to this filing were too voluminous to be attached and sent via email.

The Judge has directed us to give Makemytrip.com notice of our motion.  It is our preference to speak with your US-based counsel.  If you are represented by counsel in the United States, please advise them to call me immediately at the

below contact information so that we may meet and confer with them on this matter immediately.  If it is your intention to proceed without US counsel, please call me to discuss this matter.

Thank you,


Gabriel Berg
Partner
Robins Kaplan LLP | 1325 Avenue of  the Americas | Suite 2601 | New York, NY  10019
p 212 980 7458 | f 212 980 7499 | GBerg@RobinsKaplan.com| www.RobinsKaplan.com
Bio: www.robinskaplan.com/professionals/b/gabriel-berg



_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com
_____



**The contents of this email, including the attachments, are privileged and confidential to the intended recipient at the email address to which it has been addressed. If you receive it in error, please notify the sender immediately by return email and then permanently delete it from your system. The unauthorized use, distribution, copying or alteration of this email, including the attachments, is strictly forbidden. Please note that neither the sender nor the company accepts any responsibility for viruses and it is your responsibility to scan the email and attachments (if any).**



**The contents of this email, including the attachments, are privileged and confidential to the intended recipient at the email address to which it has been addressed. If you receive it in error, please notify the sender immediately by return email and then permanently delete it from your system. The unauthorized use, distribution, copying or alteration of this email, including the attachments, is strictly forbidden. Please note that neither the sender nor the company accepts any responsibility for viruses and it is your responsibility to scan the email and attachments (if any).**