IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC.,<br><br>*Defendants.* | Case No. 7:23-cv-03586-NSR<br><br>XX~~[PROPOSED]~~XXX<br>ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __5/8/2023__ |

Upon reading and filing of the Complaint by Plaintiff, The Wave Studio, LLC ("Wave"), the accompanying Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, Emergency Affirmation of Gabriel Berg and the Affidavit of Lee Kar Yin, together with the exhibits annexed thereto, and upon all proceedings to be had herein; and good and sufficient cause having been shown:

LET, the above-named defendants, Trivago N.V., Trivago Services US, LLC, Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., MakeMyTrip.com Inc., show cause before the Hon. Nelson S. Roman, at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York, in a hearing on __May 12,__ 2023, at __2__ o'clock in the [x~~a.m.~~][p.m.] ~~or as soon thereafter as counsel may be heard~~ (the "Preliminary Injunction Hearing"), why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, during the pendency of this action, enjoining Defendants, along with

their officers, agents, servants, employees, attorneys, parent companies, subsidiaries and affiliates and all other persons who are in active concert or participation with them, from taking any of the following actions:

(1) Continuing to use any photograph that is copyrighted and owned by Wave (identified below) for any purpose, including but not limited to use on websites, mobile sites, mobile apps, Image Distribution Hubs, storage mechanisms, content delivery networks and other electronic means;

(2) The specific copyrighted works owned by Wave at issue on this motion include the following:

| Registration Number | Title of Work |
|---|---|
| VA 1-432-332 | The Wave Design Pte. Ltd. Photographs 2005 |
| VA 1-432-324 | Wave-s Photographs 2001 |
| VA 1-432-325 | Wave-s Photographs 2002 |
| VA 1-432-326 | The Wave Design Pte. Ltd. Photographs 2007 (A) |
| VA 1-432-328 | Wave-s Photographs 2003 |
| VA 1-432-329 | Wave-s Photographs 2004 |
| VA 1-432-331 | The Wave Pte. Ltd. Photographs 2005 (A) |
| VA 1-758-524 | Wave-s Photographs 2004 (B) |
| VAu 1-055-458 | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 – setai803 |

~~IT IS ORDERED that the stay applicable to the Related Action styled The Wave Studio, LLC v. General Hotel Management Ltd. et al., Case No. 7:13-cv-09239-CS-RED, is lifted for purposes of this newly filed matter proceeding on this Order to Show Cause.~~

IT IS FURTHER ORDERED that the Court will determine whether to grant temporary injunctive relief sought by the Plaintiff at the conclusion of the hearing;

IT IS FURTHER ORDERED that personal service of a copy of this order and Plaintiff's moving papers upon the Defendants by federal express on or before May 9, 2023 at 6:00 pm ET, shall be deemed good and sufficient service thereof;

IT IS FURTHER ORDERED that answering papers be served on Plaintiffs' counsel, Robins Kaplan, 1325 Avenue of the Americas, Suite 2601, New York, New York, 10019 personally and by email, and filed with the Court on or before the 11th day of May, 2023 at 5:00 pm ET, and that Plaintiff's reply papers be served on Defendants' counsel, with a copy by email, and filed with the Court on or the 12th day of May, 2023 10:00 am ET; and

IT IS FURTHER ORDERED that the Preliminary Injunction Hearing on this application is directed on the return date of this Order to Show Cause and the Temporary Restraining Order shall remain in full force and effect through the return date on this Order to Show Cause.

Dated: May 8, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE