IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC.,<br><br>    *Defendants.* | Case No. 7:23-cv-03586-NSR<br><br>**AFFIDAVIT OF SERVICE<br>OF CYNTHIA M. CALLAHAN** |

STATE OF NEW YORK    )
                             )ss.:
COUNTY OF NEW YORK  )

1. CYNTHIA M. CALLAHAN, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Robins Kaplan LLP, 1325 Avenue of the Americas, Suite 2601, New York, New York 10019.

2. On May 9, 2023, I served the signed Order to Show Cause With Temporary Restraints, Plaintiff's Amended Memorandum of Law in Support of Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, Amended Emergency Affirmation of Gabriel Berg (with Exhibits 1-6) and the Declaration of Lee Kar Yin (with Exhibits 1-10) in the above-captioned matter via FedEx Overnight on the following Defendants:

    Trip.com Group Limited
    968 Jin Zhong Road
    Shanghai, China 200335

Trip.com Travel Singapore Pte. Ltd.
1 Harbourfront Avenue
Keppel Bay Tower
Singapore 098632

Skyscanner Ltd.
777 Brickell Avenue
Miami, Florida 33131

MakeMyTrip India Pvt. Ltd.
Tower A/B/C Epitome, Building No. 5
DLF Cyber City, DLF Phase III
Sector 25, Gurugram, Haryana
122002, India

MakeMyTrip.com
60 East 42nd Street, Suite 605
New York, New York 10165

3. On May 9, 2023, per agreement, I served the signed Order to Show Cause With Temporary Restraints, Plaintiff's Amended Memorandum of Law in Support of Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, Amended Emergency Affirmation of Gabriel Berg (with Exhibits 1-6) and the Declaration of Lee Kar Yin (with Exhibits 1-10) in the above-captioned matter via Robins Kaplan's share file platform (RKdocs) on the following (counsel for trivago, N.V. and trivago Services US, LLC):

Roger Juan Maldonado, Esq.
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
rmaldonado@sgrlaw.com

Dated: May 11, 2023

_____
Cynthia M. Callahan

Sworn to before me on this
11th day of May, 2023

_____
NOTARY PUBLIC

Gabriel Adam Berg
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02BE6301104
Qualified in Suffolk County
Commission Expires 10/05/2026

2