# Exhibit B

trivago search result
Hotel The Chedi Muscat
(initial search result)







trivago Favorites Log in Menu USD EN

Hotel The Chedi Muscat ×

Check in Sun, 05/14/23 | Check out Mon, 05/15/23 | 1 Room 2 Guests | Search

Price / night $0 - $600+

Property type: All | Hotel | House / Apartment

Guest rating: All

Location: Hotel The ...

More filters: Select

Sort by: Our recommendations

How payments to us affect ranking

## Hotel The Chedi Muscat (Muscat, Oman)

### Hotel The Chedi Muscat

★★★★★ Hotel

Muscat, 0.4 miles to City center

**9.1 - Excellent** (1427 reviews)

Booking.com
Free breakfast
**$413** View Deal

Hotels.com **$413**

Our lowest price: **$369** Rehlat

## If you like this stay, you might also be interested in

### Al Bustan Palace, A Ritz-Carlton Hotel

★★★★★ Hotel

Muscat, 0.0 miles to Hotel The Chedi Muscat

**9.1 - Excellent** (937 reviews)

42% Less than usual
Hotels.com
Free cancellation Free breakfast
**$234** View Deal

Ritz-Carlton **$234**

Our lowest price: **$214** Super.com

### Shangri-La Barr Al Jissah Resort & Spa

★★★★★ Hotel

Muscat, 8.6 miles to Hotel The Chedi Muscat

**9.0 - Excellent** (2025 reviews)

24% Less than usual
Booking.com
Free cancellation Free breakfast
**$195** View Deal

Expedia **$195**

Our lowest price: **$192** Trip.com

### Grand Millennium Muscat

★★★★★ Hotel

Muscat, 8.1 miles to Hotel The Chedi Muscat

**8.6 - Excellent** (252 reviews)

10% Less than usual
Booking.com
Free cancellation Pay at the property
**$86** View Deal

Hotels.com **$82**

Our lowest price: **$71** Super.com

### Hotel Grand Hyatt Muscat

★★★★★ Hotel

Muscat, 6.1 miles to Hotel The Chedi Muscat

**8.6 - Excellent** (912 reviews)

Booking.com
Free cancellation Pay at the property
**$143** View Deal

Hyatt Hotels **$143**

Our lowest price: **$122** Super.com

### Crowne Plaza Muscat

★★★★ Hotel

20% Less than usual
Booking.com

Price / night $0 - $600+ | Property type: All | Hotel | House / Apartment | Guest rating: All | Location: Hotel The ... | More filters: Select

Popular choice
1/30

## Crowne Plaza Muscat

★★★★ Hotel

Muscat, 3.9 miles to Hotel The Chedi Muscat

**8.6 - Excellent** (1287 reviews)

20% Less than usual
Booking.com
**$144**
View Deal

Crowne Plaza $144
Our lowest price: $131 Super.com

Popular choice
1/30

## Millennium Executive Apartments Mu...

Entire Apartment

Muscat, 8.2 miles to Hotel The Chedi Muscat

**8.5 - Excellent** (215 reviews)

19% Less than usual
Booking.com
Free cancellation Pay at the property
**$94**
View Deal

Expedia $94
Our lowest price: $81 Super.com

## Millennium Executive Apartment

Entire House / Apartment

Muscat, 8.2 miles to Hotel The Chedi Muscat

**8.2 - Very good** (23 reviews)

35% Less than usual
Hotels.com
Free cancellation Pay at the property
**$94**
View Deal

Our lowest price: $94 Hotels.com

1/30

## Shangri-La Al Husn Resort & Spa

★★★★★ Hotel

Muscat, 8.5 miles to Hotel The Chedi Muscat

**9.2 - Excellent** (261 reviews)

13% Less than usual
Booking.com
Free cancellation Free breakfast
**$312**
View Deal

Hotels.com $312
Our lowest price: $252 Rehlat

1/30

## InterContinental Muscat

★★★★★ Hotel

Muscat, 4.8 miles to Hotel The Chedi Muscat

**8.2 - Very good** (266 reviews)

16% Less than usual
Booking.com
**$153**
View Deal

InterContinental $153
Our lowest price: $132 Super.com

Show more

The prices and availability we receive from booking sites change constantly. This means you may not always find the exact same offer you saw on trivago when you land on the booking site.



More photos

**Deals you'll love**

| Our lowest price | Our lowest price with **free breakfast** | Our lowest price with **pay at the property** | Our lowest price with **half board** |
|---|---|---|---|
| $369 / night rehlat | $369 / night rehlat | $413 / night priceline | $509 / night Roomdi.com |

**About Hotel The Chedi Muscat**

Hotel The Chedi Muscat is a five-star beach-front resort overlooking the Al Hajar Mountains, enjoying views across the Gulf of Oman. Air-conditioned rooms boast rain showers, fresh fruit delivered daily, complimentary minibar, Nespresso machine, flat-screen TV and a Bose Wave sound system. Hotel The Chedi Muscat has a 24-hour business centre, boutique selling local jewellery and artwork, a multi-lingual concierge team, swimming pools, gym with personal trainers, sauna, steam room and spa offering all manner of treatments. The six restaurants on-resort serve everything from Mediterranean and Middle Eastern, South-east Asian and Indian cuisine, and include the award-winning Beach Restaurant and The Arabian Courtyard; where you can dine under the stars. Muscat International Airport is a 15-minute drive and there are numerous popular places to visit nearby including the Sultan Qaboos Grand Mosque.

**Top amenities**



- WiFi in lobby
- Free WiFi
- Pool
- Spa
- Parking
- Pets
- A/C
- Restaurant
- Hotel bar
- Gym

**Location**



North Ghubra 32, Way No. 3215 18th November Street, Muscat, Oman

Expand map

Keyboard shortcuts  Map data ©2023  50 m  Terms of Use

**Rating overview**



**9.1**

trivago Rating Index based on **1427** reviews from:
Expedia(9.2/10), Agoda(8.6/10)

| | | |
|---|---|---|
| Location | | Very good (8.3 / 10) |
| Rooms | | Excellent (8.6 / 10) |
| Service | | Excellent (9.0 / 10) |
| Cleanliness | | Excellent (9.4 / 10) |
| Value for money | | Good (7.7 / 10) |

+ Show more

**trivago Rating Index** based on **1427** reviews from:
Expedia(9.2/10), Agoda(8.2/10)

| | | |
|---|---|---|
| Rooms | | Excellent (8.6 / 10) |
| Service | | Excellent (9.0 / 10) |
| Cleanliness | | Excellent (9.4 / 10) |
| Value for money | | Good (7.7 / 10) |

+ Show more

**Positive Reviews**

➕ **A sight to behold.**
The hotel design is one of quiet, understated luxury. The lantern-lined reception, arched hallways and modern Moorish water gardens are simply beautiful and reflect the minimalist style of the rest of the hotel. Views are exceptional from guest rooms too.

➕ **Pools like no other.**
The Chedi Muscat has three pools; one of which is among the largest in the Middle East at 108m in length, palm-lined with double day beds for guests to enjoy. Every one of the pools has its own cabana, serving drinks and food.

➕ **Relaxing ambience.**
Previous guests have reported feeling relaxed the second they step through the stunning lobby, a feeling further helped by a trip to the health and fitness area; home to Muscat's largest spa. The hotel is spacious and, as a result, peaceful, even when at

**Negative Reviews**

➖ **Too hot to handle.**
Summer is very hot in Oman, with temperatures reaching in excess of 45 centigrade; little critique of the hotel itself but guests have suggested that the air conditioning struggles to manage. Several of the outside dining options also close during the hot

➖ **Rooms may not suit all.**
The vast majority of reviewers have only excellent things to say about the guest rooms, however, they may not suit everyone; beds are either King or Queen size, with no twin rooms available, and most bathrooms have only showers.

➖ **Private beach requires attention.**
In comparison to the rest of the hotel, the beach could do with some attention. The beach is private but, with rough sand and the odd piece of rubbish, it doesn't quite match the rest of the immaculately maintained grounds.

**All amenities**

**Wellness / Spa**
- Beauty salon
- Body treatments
- Steam room
- Hot stone massage
- Massage
- Sauna

**Property amenities**
- Business centre
- Elevator
- Bell service
- Café
- Gym
- Hotel bar
- Entrance Hall/lobby
- Parking
- Beach bar
- Express check-in
- Terrace
- Pool bar

Show more ⌄

**For children**
- Childcare

**Accessibility**
- Wheelchair accessible
- Accessible hotel
- Accessible parking

**Room amenities**
- Balcony (upon inquiry)
- Television
- Minibar
- Shower
- Hairdryer
- Satellite TV
- Ironing board
- Central heating
- Desk
- Openable windows
- Air conditioning
- Telephone

Show more ⌄

**Sports facilities**
- Bike rental
- Surfing
- Yoga
- Golf course
- Tennis court
- Fitness
- Hiking trail
- Horse riding
- Diving

**Theme / Type**
- Convention hotel



**Sports facilities**

- Bike rental
- Golf course
- Fitness
- Horse riding
- Surfing
- Tennis court
- Hiking trail
- Diving
- Yoga

**Theme / Type**

- Convention hotel

**Food and beverage**

- Halal food
- Diabetic food

**Arrival / Departure**

Check in: 14:00

**Contact**

North Ghubra 32, Way No. 3215 18th November Street, Muscat, Oman
Telephone: +968(24)524400 | Fax: +968(24)493485 | Official Homepage

### Interesting hotels nearby Hotel The Chedi Muscat

These hotels may also be interesting for you...

- Hotel Shangri-La Barr Al Jissah Reso...
- Al Bustan Palace, A Ritz-Carlton Hotel
- Hotel Hilton Garden Inn Muscat Al K...
- Hotel Crowne Plaza Muscat
- Hotel Grand Hyatt Muscat
- Hotel Muscat International
- Hotel ibis Muscat
- Hotel Best Western Premier Muscat
- Hotel Waves International
- Hotel Oriental Nights Rest House
- Hotel Golden Tulip Seeb Muscat Om...

## Destinations nearby Hotel The Chedi Muscat

- Hotels in Muscat
- Hotels in Al Musanaah
- Hotels in Seeb
- Hotels in Barka
- Hotels in Bawshar
- Hotels in Samail
- Hotels in Al Amerat
- Hotels in Muttrah
- Hotels in Bidbid
- Hotels in Qurayyat

### Other destinations close to Hotel The Chedi Muscat

- Dema Wa Thaieen, Ash Sharqiyah N...
- Wadi al-Maawil, Al Batinah South Ho...
- Nakhal, Al Batinah South Hotels
- Al Madina A'Zarqa, Al Batinah North ...

### Explore nearby attractions

- Muscat International Airport
- Sultan Qaboos Grand Mosque
- Muttrah Corniche
- Mutrah Fort
- Al Alam Palace
- Port Sultan Qaboos
- Al Jalali Fort
- Muscat Festival
- Mutrah Souk
- Oman Dive Center

Hotel search ▸ Oman ▸ Masqat ▸ Muscat ▸ **Hotel The Chedi Muscat**

trivago

USA

Company
Jobs
Press
Investor relations
Mobile apps - searching on the go
trivago Business Studio
Affiliate

Help
Learn how trivago works
Terms and conditions
Legal information
Do not sell my personal information
Privacy notice
Cyber Security
Coronavirus (COVID-19) travel advice

**Want to receive exclusive accommodation offers? Subscribe to our newsletter.**

Email address

Subscribe

**trivago N.V.**, Kesselstraße 5 – 7, 40221 Düsseldorf, Germany
Copyright 2023 trivago | All rights reserved.

**Sports facilities**

- Bike rental
- Surfing
- Yoga
- Golf course
- Tennis court
- Fitness
- Hiking trail
- Horse riding
- Diving

**Theme / Type**

- Convention hotel

**Food and beverage**

- Halal food
- Diabetic food

**Arrival / Departure**

Check in: 14:00

**Contact**

North Ghubra 32, Way No. 3215 18th November Street, Muscat, Oman
Telephone: +968(24)524400 | Fax: +968(24)493485 | Official Homepage

## Interesting hotels nearby Hotel The Chedi Muscat

These hotels may also be interesting for you...

| | | | |
|---|---|---|---|
| Hotel Shangri-La Barr Al Jissah Reso… | Al Bustan Palace, A Ritz-Carlton Hotel | Hotel Hilton Garden Inn Muscat Al K… | Hotel Crowne Plaza Muscat |
| Hotel Grand Hyatt Muscat | Hotel Muscat International | Hotel ibis Muscat | Hotel Best Western Premier Muscat |
| Hotel Waves International | Hotel Oriental Nights Rest House | Hotel Golden Tulip Seeb Muscat Om… | |

## Destinations nearby Hotel The Chedi Muscat

| | | | |
|---|---|---|---|
| Hotels in Muscat | Hotels in Al Musanaah | Hotels in Seeb | Hotels in Barka |
| Hotels in Bawshar | Hotels in Samail | Hotels in Al Amerat | Hotels in Muttrah |
| Hotels in Bidbid | Hotels in Qurayyat | | |

## Other destinations close to Hotel The Chedi Muscat

| | | | |
|---|---|---|---|
| Dema Wa Thaieen, Ash Sharqiyah N… | Wadi al-Maawil, Al Batinah South Ho… | Nakhal, Al Batinah South Hotels | Al Madina A'Zarqa, Al Batinah North … |

## Explore nearby attractions

| | | | |
|---|---|---|---|
| Muscat International Airport | Sultan Qaboos Grand Mosque | Muttrah Corniche | Mutrah Fort |
| Al Alam Palace | Port Sultan Qaboos | Al Jalali Fort | Muscat Festival |
| Mutrah Souk | Oman Dive Center | | |

Hotel search ▸ Oman ▸ Masqat ▸ Muscat ▸ Hotel The Chedi Muscat

---

**trivago**

USA

| Company | Help | Want to **receive** exclusive accommodation offers? |
|---|---|---|
| Jobs | Learn how trivago works | Subscribe to our **newsletter**. |
| Press | Terms and conditions | |
| Investor relations | Legal information | Email address            [Subscribe] |
| Mobile apps - searching on the go | Do not sell my personal information | |
| trivago Business Studio | Privacy notice | trivago N.V., Kesselstraße 5 – 7, 40221 Düsseldorf, Germany |
| Affiliate | Cyber Security | Copyright 2023 trivago | All rights reserved. |
| | Coronavirus (COVID-19) travel advice | |

PageVault

| | |
|---|---|
| Document title: | Hotel The Chedi Muscat, Oman - www.trivago.com |
| Capture URL: | https://www.trivago.com/en-US/oar/hotel-the-chedi-muscat?search=100-100191;dr-20230514-20230515;rc-1-2 |
| Page loaded at (UTC): | Wed, 10 May 2023 20:49:41 GMT |
| Capture timestamp (UTC): | Wed, 10 May 2023 20:53:50 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.226.211.31 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 1apYuXPbDWrzGQqtzzrMs3 |
| User: | FP-Littech |

PDF REFERENCE #:        gdubkTKpcF1RfDDREoRet4