# Exhibit C

trivago search result
Hotel The Chedi Muscat
(with thumbnail photos)





conditioned rooms boast rain showers, fresh fruit delivered daily, complimentary minibar, Nespresso machine, flat-screen TV and a Bose Wave sound system. The Chedi Muscat has a 24-hour business centre, boutique-filled lobby, contemporary artwork, a multi-lingual concierge team, swimming pools, gym with personal trainers, sauna, steam room and spa offering all manner of treatments. The six restaurants on-resort serve everything from Mediterranean and Middle Eastern, South-east Asian and Indian cuisine, and include the award-winning Beach Restaurant and The Arabian Courtyard; where you can dine under the stars. Muscat International Airport is a 15-minute drive and there are numerous popular places to visit nearby including the Sultan Qaboos Grand Mosque.

## Top amenities



- WiFi in lobby
- Free WiFi
- Pool
- Spa
- Parking
- Pets
- A/C
- Restaurant
- Hotel bar
- Gym

## Location



North Ghubra 32, Way No. 3215 18th November Street, Muscat, Oman

Expand map

## Rating overview



**9.1**

trivago Rating Index based on **1427** reviews from:
Expedia(9.2/10), Agoda(8.6/10)

| | |
|---|---|
| Location | Very good (8.3 / 10) |
| Rooms | Excellent (8.6 / 10) |
| Service | Excellent (9.0 / 10) |
| Cleanliness | Excellent (9.4 / 10) |
| Value for money | Good (7.7 / 10) |

+ Show more

## Positive Reviews

**➕ A sight to behold.**

The hotel design is one of quiet, understated luxury. The lantern-lined reception, arched hallways and modern Moorish water gardens are simply beautiful and reflect the minimalist style of the rest of the hotel. Views are exceptional from guest rooms too.

**➕ Pools like no other.**

The Chedi Muscat has three pools; one of which is among the largest in the Middle East at 108m in length, palm-lined with double day beds for guests to enjoy. Every one of the pools has its own cabana, serving drinks and food.

**➕ Relaxing ambience.**

Previous guests have reported feeling relaxed the second they step through the stunning lobby, a feeling further helped by a trip to the health and fitness area; home to Muscat's largest spa. The hotel is spacious and, as a result, peaceful, even when at

## Negative Reviews

**➖ Too hot to handle.**

Summer is very hot in Oman, with temperatures reaching in excess of 45 centigrade; little critique of the hotel itself but guests have suggested that the air conditioning struggles to manage. Several of the outside dining options also close during the hot

**➖ Rooms may not suit all.**

The vast majority of reviewers have only excellent things to say about the guest rooms, however, they may not suit everyone; beds are either King or Queen size, with no twin rooms available, and most bathrooms have only showers.

**➖ Private beach requires attention.**

In comparison to the rest of the hotel, the beach could do with some attention. The beach is private but, with rough sand and the odd piece of rubbish, it doesn't quite match the rest of the immaculately maintained grounds.

conditioning struggles to manage. Several of the outside dining options also close during the hot

🟥 **Rooms may not suit all.**

The vast majority of reviewers have only excellent things to say about the guest rooms, however, they may not suit everyone; beds are either King or Queen size, with no twin rooms available, and most bathrooms have only showers.

🟥 **Private beach requires attention.**

In comparison to the rest of the hotel, the beach could do with some attention. The beach is private but, with rough sand and the odd piece of rubbish, it doesn't quite match the rest of the immaculately maintained grounds.

---

**All amenities**

**Wellness / Spa**

- Beauty salon
- Body treatments
- Steam room
- Hot stone massage
- Massage
- Sauna

**Property amenities**

- Business centre
- Elevator
- Bell service
- Café
- Gym
- Hotel bar
- Entrance Hall/lobby
- Parking
- Beach bar
- Express check-in
- Terrace
- Pool bar

Show more ⌄

**For children**

- Childcare

**Accessibility**

- Wheelchair accessible
- Accessible hotel
- Accessible parking

**Room amenities**

- Balcony (upon inquiry)
- Television
- Minibar
- Shower
- Hairdryer
- Satellite TV
- Ironing board
- Central heating
- Desk
- Openable windows
- Air conditioning
- Telephone

Show more ⌄

**Sports facilities**

- Bike rental
- Surfing
- Yoga
- Golf course
- Tennis court
- Fitness
- Hiking trail
- Horse riding
- Diving

**Theme / Type**

- Convention hotel

**Food and beverage**

- Halal food
- Diabetic food

**Arrival / Departure**

Check in: 14:00

**Contact**

North Ghubra 32, Way No. 3215 18th November Street, Muscat, Oman
Telephone: +968(24)524400 | Fax: +968(24)493485 | Official Homepage

---

**Interesting hotels nearby Hotel The Chedi Muscat**

These hotels may also be interesting for you...

| | | | |
|---|---|---|---|
| Hotel Shangri-La Barr Al Jissah Reso... | Al Bustan Palace, A Ritz-Carlton Hotel | Hotel Hilton Garden Inn Muscat Al K... | Hotel Crowne Plaza Muscat |
| Hotel Grand Hyatt Muscat | Hotel Muscat International | Hotel ibis Muscat | Hotel Best Western Premier Muscat |
| Hotel Waves International | Hotel Oriental Nights Rest House | Hotel Golden Tulip Seeb Muscat Om... | |

---

**Destinations nearby Hotel The Chedi Muscat**

| | | | |
|---|---|---|---|
| Hotels in Muscat | Hotels in Al Musanaah | Hotels in Seeb | Hotels in Barka |
| Hotels in Bawshar | Hotels in Samail | Hotels in Al Amerat | Hotels in Muttrah |
| Hotels in Bidbid | Hotels in Qurayyat | | |

**Sports facilities**

- Bike rental
- Golf course
- Fitness
- Horse riding
- Surfing
- Tennis court
- Hiking trail
- Diving
- Yoga

**Theme / Type**

- Convention hotel

**Food and beverage**

- Halal food
- Diabetic food

**Arrival / Departure**

Check in: 14:00

**Contact**

North Ghubra 32, Way No. 3215 18th November Street, Muscat, Oman
Telephone: +968(24)524400 | Fax: +968(24)493485 | Official Homepage

## Interesting hotels nearby Hotel The Chedi Muscat

These hotels may also be interesting for you...

| | | | |
|---|---|---|---|
| Hotel Shangri-La Barr Al Jissah Reso... | Al Bustan Palace, A Ritz-Carlton Hotel | Hotel Hilton Garden Inn Muscat Al K... | Hotel Crowne Plaza Muscat |
| Hotel Grand Hyatt Muscat | Hotel Muscat International | Hotel ibis Muscat | Hotel Best Western Premier Muscat |
| Hotel Waves International | Hotel Oriental Nights Rest House | Hotel Golden Tulip Seeb Muscat Om... | |

## Destinations nearby Hotel The Chedi Muscat

| | | | |
|---|---|---|---|
| Hotels in Muscat | Hotels in Al Musanaah | Hotels in Seeb | Hotels in Barka |
| Hotels in Bawshar | Hotels in Samail | Hotels in Al Amerat | Hotels in Muttrah |
| Hotels in Bidbid | Hotels in Qurayyat | | |

## Other destinations close to Hotel The Chedi Muscat

| | | | |
|---|---|---|---|
| Dema Wa Thaieen, Ash Sharqiyah N... | Wadi al-Maawil, Al Batinah South Ho... | Nakhal, Al Batinah South Hotels | Al Madina A'Zarqa, Al Batinah North ... |

## Explore nearby attractions

| | | | |
|---|---|---|---|
| Muscat International Airport | Sultan Qaboos Grand Mosque | Muttrah Corniche | Mutrah Fort |
| Al Alam Palace | Port Sultan Qaboos | Al Jalali Fort | Muscat Festival |
| Mutrah Souk | Oman Dive Center | | |

Hotel search ▸ Oman ▸ Masqat ▸ Muscat ▸ Hotel The Chedi Muscat





| | |
|---|---|
| Document title: | Hotel The Chedi Muscat, Oman - www.trivago.com |
| Capture URL: | https://www.trivago.com/en-US/oar/hotel-the-chedi-muscat?search=100-100191;dr-20230514-20230515;rc-1-2 |
| Page loaded at (UTC): | Wed, 10 May 2023 20:49:41 GMT |
| Capture timestamp (UTC): | Wed, 10 May 2023 20:55:46 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.226.211.31 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | 7gu6XGynXaXmnjZtbBJ82m |
| User: | FP-Littech |

PDF REFERENCE #:    cDwngzNDGLCAVtMnHKPEYV