# Exhibit D

trivago search result
Hotel The Chedi Muscat
(after clicking on "show more photos")





PageVault

| | |
|---|---|
| Document title: | Hotel The Chedi Muscat, Oman - www.trivago.com |
| Capture URL: | https://www.trivago.com/en-US/oar/hotel-the-chedi-muscat?search=100-100191;dr-20230514-20230515;rc-1-2 |
| Page loaded at (UTC): | Wed, 10 May 2023 20:49:41 GMT |
| Capture timestamp (UTC): | Wed, 10 May 2023 20:57:40 GMT |
| Capture tool: | 10.20.11 |
| Collection server IP: | 3.226.211.31 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | k3ikPbxbCy2ihiYbSrtPqr |
| User: | FP-Littech |

PDF REFERENCE #:    6B9H9giNr33ChZuqZioxeA