# EXHIBIT 1

ANDAMAN (2P)

**1. VA 1-432-331          andaman059**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/16/67167676.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/16/67167676.jpeg

**2. VA 1-432-331          andaman026**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/16/67167680.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/16/67167680.jpeg

CARCOSA (8P)

3. **VA 1-432-332**        **carcosa022**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/84/66842094.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/84/66842094.jpeg

4. **VA 1-432-332**        **carcosa023**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/84/66842096.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/84/66842096.jpeg

5. **VA 1-432-332**          **carcosa002**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/84/66842098.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/84/66842098.jpeg

6. **VA 1-432-332**          **carcosa012**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/84/66842100.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/84/66842100.jpeg

7. **VA 1-432-332    carcosa007**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/84/66842102.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/84/66842102.jpeg

8. **VA 1-432-332    carcosa006**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/84/66842104.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/84/66842104.jpeg

9. **VA 1-432-332    carcosa008**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/84/66842106.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/84/66842106.jpeg

10. **VA 1-432-332     carcosa003**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/46/39/46391831.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/46/39/46391831.jpeg

CHEDI CLUB (12P)

11. **VA 1-432-329     chediclub011**



https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/itemimages/32/20/322091_v3.jpeg

12. **VA 1-432-329        chediclub042**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672346.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/67/68672346.jpeg

13. **VA 1-432-329        chediclub139**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672354.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/67/68672354.jpeg

14. **VA 1-432-329**    **chediclub114**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672360.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672360.jpeg

15. **VA 1-432-329**    **chediclub037**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672364.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672364.jpeg

16. **VA 1-432-329     chediclub031 (nope)**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672368.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672368.jpeg

17. **VA 1-825-429     chediclub141**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/6867/68672370.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672370.jpeg

18. **VA 1-432-329     chediclub074  (nope)**



https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672372.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672372.jpeg

19. **VA 1-432-329     chediclub007**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672384.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672384.jpeg

20. **VA 1-432-329     chediclub096**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/79/08/7908811.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/79/08/7908811.jpeg

21. **VA 1-432-329     chediclub111**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/79/08/7908796.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/79/08/7908796.jpeg

22. **VA 1-432-329     chediclub104**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/79/08/7908801.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/79/08/7908801.jpeg

CHIANGMAI (5P)

23. **VA 1-432-326    chiangmai093**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/45/64/45643607.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/45/64/45643607.jpeg

24. **VA 1-432-326    chiangmai228**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/45/64/45643609.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/45/64/45643609.jpeg

25. **VA 1-432-326    chiangmai217**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/45/64/45643611.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/45/64/45643611.jpeg

26. **VA 1-432-326    chiangmai184**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/45/64/45643613.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/45/64/45643613.jpeg

27. **VA 1-432-326    chiangmai191**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/45/64/45643615.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/45/64/45643615.jpeg

DATAI (3P)

28. **VA 1-432-331    datai020**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/48/80/48802517.jpeg
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/48/80/48802517.jpeg

29. **VA 1-432-331    datai023**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/48/80/48802533.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/48/80/48802533.jpeg

30. **VA 1-432-331    datai054**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/48/80/48802535.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/48/80/48802535.jpeg

## LALU (31P)

### 31. **VA 1-432-325      lalu039**



https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/itemimages/22/07/2207066_v1.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206318.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206318.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827370.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827370.jpeg

### 32. **VA 1-432-324      lalu022**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/10/72/107236038.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/10/72/107236038.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923893.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/44/92/44923893.jpeg

33. **VA 1-432-324      lalu013**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923895.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/44/92/44923895.jpeg

34. **VA 1-432-324      lalu003**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923903.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923903.jpeg

35. **VA 1-432-324      lalu020**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923901.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923901.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206326.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206326.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827396.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827396.jpeg

36. **VA 1-432-324      lalu004**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923899.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/44/92/44923899.jpeg

37. **VA 1-432-324     lalu016**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923897.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/44/92/44923897.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827380.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827380.jpeg

38. **VA 1-432-325     lalu048**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206320.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206320.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827394.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827394.jpeg

39. **VA 1-432-325      lalu083**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/80/64800294.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/64/80/64800294.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206322.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206322.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827438.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827438.jpeg

40A. **VA 1-432-325    lalu151**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206312.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206312.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827378.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827378.jpeg

41. **VA 1-432-325    lalu077**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827406.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827406.jpeg

42A. **VA 1-432-325    lalu051**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827408.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827408.jpeg


43. **VA 1-432-325    lalu085**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206324.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206324.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827374.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827374.jpeg

44A. **VA 1-432-325    lalu141**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206310.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206310.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827390.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827390.jpeg

45A. **VA 1-432-325    lalu145**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827422.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827422.jpeg

46. **VA 1-432-325**      **lalu043**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206316.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206316.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827432.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827432.jpeg

4A. **VA 1-432-325**      **lalu150**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827372.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827372.jpeg

48. **VA 1-432-325      lalu073**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827376.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827376.jpeg

49. **VA 1-432-325      lalu139**



https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206314.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827382.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827382.jpeg

50. **VA 1-432-325        lalu047**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827384.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827384.jpeg

51. **VA 1-432-325        lalu090**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827392.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827392.jpeg

52. **VA 1-432-325      lalu076**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827398.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827398.jpeg

53. **VA 1-432-325      lalu078**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827400.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827400.jpeg

54. **VA 1-432-325**      **lalu142**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827404.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827404.jpeg

55. **VA 1-432-325**      **lalu086**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206308.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206308.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827418.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827418.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/77/34/77347448.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/77/34/77347448.jpeg

56. **VA 1-432-325     lalu144**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827420.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827420.jpeg

57. **VA 1-432-325     lalu146**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827424.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827424.jpeg

58. **VA 1-432-325        lalu143**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827426.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827426.jpeg

59. **VA 1-432-325        lalu158**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/80/64800288.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/64/80/64800288.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/62/18/62187930.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/62/18/62187930.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/65/89/65894204.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/65/89/65894204.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/86/02/86021316.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/86/02/86021316.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206306.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206306.jpeg

60. **VA 1-432-324        lalu010**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/89/79/89796374.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/89/79/89796374.jpeg

61. **VA 1-432-324        lalu018**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/37/38/373887540.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/37/38/373887540.jpeg

LEELA (22P)

62. **VA 1-432-329        leela098**



https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/itemimages/12/06/120607_v6.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/12/16/121603994.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/12/16/121603994.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/54/93/54935077.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/54/93/54935077.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892130.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892130.jpeg

63. **VA 1-432-329    leela051**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/25/6425261.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/64/25/6425261.jpeg

64. **VA 1-432-329    leela154**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/25/6425276.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/64/25/6425276.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892152.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892152.jpeg

65. **VA 1-432-329     leela052**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892138.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892138.jpeg

66. **VA 1-432-329     leela096**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892140.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892140.jpeg

67. **VA 1-432-329     leela011**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892144.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892144.jpeg

68. **VA 1-432-329       leela104**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892154.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892154.jpeg

69. **VA 1-432-329       leela020**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/35/15/351593182.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/35/15/351593182.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/35/15/351593182.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892164.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892164.jpeg

70. **VA 1-432-329      leela025**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892166.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892166.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/66/89/66892166.jpeg

71. **VA 1-432-329      leela129**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892126.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892126.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/66/89/66892126.jpeg

**72. VA 1-432-329      leela135**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/35/15/351593296.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/35/15/351593296.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/35/15/351593296.jpeg

**73A. VA 1-432-329      leela144**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/54/93/54935071.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/54/93/54935071.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892162.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892162.jpeg

74. **VA 1-432-329        leela143**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/12/16/121603998.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/12/16/121603998.jpeg

75. **VA 1-432-329        leela057**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892168.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892168.jpeg

76. **VA 1-432-329        leela023**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892170.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892170.jpeg


77. **VA 1-432-329    leela103**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892176.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892176.jpeg


78. **VA 1-432-329    leela140**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892132.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892132.jpeg

79. **VA 1-432-329      leela148**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/11/03/1103859391.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/11/03/1103859391.jpeg

80A. **VA 1-432-329      leela024**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/11/03/1103859385.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/11/03/1103859385.jpeg

81. **VA 1-432-329      leela021**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892174.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892174.jpeg

82. **VA 1-432-329**    **leela013**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/54/93/54935075.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/54/93/54935075.jpeg

83. **VA 1-432-329**    **leela111**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892158.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892158.jpeg

MUSCAT (26P)

84. **VA 1-432-328      muscat143**



https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/itemimages/10/01/100191_v1.jpeg

85. **VA 1-432-328      muscat140 (inserted into TV of a non-Wave photo X)**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/10/85/108574478.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/10/85/108574478.jpeg



86. **VA 1-432-328        muscat140 (inserted into TV of a non-Wave photo Y)**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/10/85/108574484.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/10/85/108574484.jpeg



87. **VA 1-432-328**    **muscat123**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353180.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353180.jpeg

88. **VA 1-432-328**    **muscat041**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353192.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353192.jpeg

89. **VA 1-432-332**    **muscat169**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353194.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353194.jpeg

90. **VA 1-432-332      muscat156**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353198.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353198.jpeg

91. **VA 1-432-332      muscat185**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353200.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353200.jpeg

92. **VA 1-432-332      muscat173**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353202.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353202.jpeg

93. **VA 1-432-328      muscat146**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353204.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353204.jpeg

94. **VA 1-432-328      muscat104**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353206.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353206.jpeg

95. **VA 1-432-328      muscat140**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353208.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353208.jpeg

96. **VA 1-432-328      muscat068**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353210.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353210.jpeg

97. **VA 1-432-332      muscat231**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353212.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353212.jpeg

**98. VA 1-432-332      muscat184**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353214.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353214.jpeg

**99. VA 1-432-328      muscat032**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353216.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353216.jpeg

100. **VA 1-432-328      muscat093**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353222.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353222.jpeg

101. **VA 1-432-328      muscat063**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353224.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353224.jpeg

102. **VA 1-432-328    muscat105**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353226.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353226.jpeg

103. **VA 1-432-325    muscat001**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353252.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353252.jpeg

104. **VA 1-432-332    muscat175**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353254.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353254.jpeg

105. **VA 1-432-332    muscat198**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353272.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/35/68353272.jpeg

106. **VA 1-432-332    muscat190**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353276.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353276.jpeg

107. **VA 1-432-332      muscat201**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353278.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353278.jpeg

108. **VA 1-432-332      muscat215**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353286.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/35/68353286.jpeg

109. **VA 1-432-332    muscat211**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/35/68353288.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/68/35/68353288.jpeg

NAMHAI (23P)

110. **VA 1-432-332    namhai043**



https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/ itemimages/39/70/397081_v1.jpeg

111. **VA 1-432-326    namhai159**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247920.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/69/24/69247920.jpeg

112. **VA 1-432-332     namhai039**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247926.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247926.jpeg

113. **VA 1-432-326     namhai160**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247934.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247934.jpeg

114. **VA 1-432-326     namhai213**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247936.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247936.jpeg

### 115. **VA 1-432-326      namhai077**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247940.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247940.jpeg

### 116. **VA 1-432-326      namhai072**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247948.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247948.jpeg

### 117. **VA 1-432-326      namhai182**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247950.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247950.jpeg

118. **VA 1-432-326    namhai247**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247952.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247952.jpeg

119. **VA 1-432-326    namhai150**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247960.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247960.jpeg

120. **VA 1-432-326    namhai142**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247964.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247964.jpeg

121. **VA 1-432-326    namhai116**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247976.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247976.jpeg

122. **VA 1-432-326    namhai108**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247980.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247980.jpeg

123. **VA 1-432-326      namhai265**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248004.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69248004.jpeg

124. **VA 1-432-326      namhai117**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248008.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69248008.jpeg

125. **VA 1-432-326      namhai074**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248010.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69248010.jpeg

126. **VA 1-432-326    namhai255**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248012.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69248012.jpeg

127. **VA 1-432-326    namhai208**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/09/55091509.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/55/09/55091509.jpeg

128. **VA 1-432-332    namhai037**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525451.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/85/25/8525451.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages
/85/25/8525451.jpeg

129. **VA 1-432-332      namhai051**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525441.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/85/25/8525441.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages
/85/25/8525441.jpeg

130. **VA 1-432-332      namhai050**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525456.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/85/25/8525456.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages
/85/25/8525456.jpeg

131. **VA 1-432-332    namhai048**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525446.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/85/25/8525446.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages
/85/25/8525446.jpeg

132. **VA 1-432-332    namhai041**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525436.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/85/25/8525436.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages
/85/25/8525436.jpeg

SAUJANA (1P)

133. **VA 1-432-327    saujana022**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/70/68/70689536.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/70/68/70689536.jpeg

SETAI (25P)

134. **VA 1-432-331    setai129**



https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/
itemimages/13/34/1334404_v3.jpeg

135. **VA 1-432-329    setai005**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/16/68/166856614.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/16/68/166856614.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085075.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/55/08/55085075.jpeg

### 136. **VA 1-432-330     setai394**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/51/61/51616101.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/51/61/51616101.jpeg

### 137. **VA 1-758-524     setai344**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085077.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/55/08/55085077.jpeg

138A. **VA 1-758-524    setai340**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085079.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/55/08/55085079.jpeg

139. **VA 1-758-524      setai350**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085081.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/55/08/55085081.jpeg

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997764.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/67/99/67997764.jpeg

140. **VA 1-758-524     setai341**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085083.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/55/08/55085083.jpeg

141. **VA 1-432-331     setai083**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085085.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/55/08/55085085.jpeg

142. **VAu 1-057-927     setai182**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167143.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/56/16/56167143.jpeg

143. **VA 1-432-332    setai258**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167145.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/56/16/56167145.jpeg

144. **VA 1-432-331    setai180**



ttps://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167149.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/56/16/56167149.jpeg

145. **VA 1-432-331    setai125**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167151.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167151.jpeg

146. **VA 1-432-332    setai261**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167153.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167153.jpeg

147. **VA 1-432-330    setai407**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167155.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167155.jpeg

148. **VA 1-432-331    setai177**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167157.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167157.jpeg

149. **VA 1-432-331    setai156**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167159.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167159.jpeg

150. **VA 1-432-331    setai124**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997762.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997762.jpeg

151. **VA 1-432-332    setai187**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997816.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997816.jpeg

152. **VA 1-432-329    setai004**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997836.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997836.jpeg

153. **VA 1-432-332    setai329**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997840.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/67/99/67997840.jpeg

154. **VA 1-432-332    setai188**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997842.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/67/99/67997842.jpeg

155. **VA 1-432-329        setai003**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997844.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997844.jpeg

156. **VA 1-432-332        setai382**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/46/72/46723401.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/46/72/46723401.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/46/72/46723401.jpeg

157. **VAu 1-055-459    setai868**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/38/66/386669278.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/38/66/386669278.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/38/66/386669278.jpeg

158. **VA 1-432-331    setai126**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/uploadimages/58/65/5865667.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/uploadimages/58/65/5865667.jpeg

LEGIAN (1P) – yet to find in imgec

159. **VA 1-765-854    legian121 (inserted into TV of a non-Wave photo Z)**



https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/uploadimages/11/51/11510029.jpeg

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/uploadim
ages/11/51/11510029.jpeg

https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/uploadimages/
11/51/11510029.jpeg

