UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE WAVE STUDIO, LLC,

                                Plaintiff,    :    Case No. 7:23-cv-03586-NSR

   - against -

                                                  :    **NOTICE OF MOTION TO**
TRIVAGO N.V., TRIVAGO SERVICES US, LLC,        **ADMIT COUNSEL *PRO HAC***
TRIP.COM GROUP LIMITED, TRIP.COM               ***VICE***
TRAVEL SINGAPORE PTE. LTD.,
SKYSCANNER LTD., MAKEMYTRIP.COM, INC.

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To:    Gabriel Berg
        Robins Kaplan LLP
        1325 Avenue of the Americas
        Suite 2601
        New York, NY 10019
        GBerg@RobinsKaplan.com

PLEASE TAKE NOTICE that upon the annexed affidavit of Jeffrey J. Catalano in support of this motion and the Certificate of Good Standing annexed thereto, this firm will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Mr. Catalano, a partner of the firm of Smith, Gambrell & Russell, LLP, and a member in good standing of the Bar of the State of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants trivago N.V. and trivago Services US, LLC. There are no pending disciplinary proceedings against Mr. Catalano in any state or federal court.

Dated: New York, New York
May 18, 2023

        SMITH, GAMBRELL & RUSSELL, LLP

By: _____
        Roger Juan Maldonado

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
rmaldonado@sgrlaw.com
*Attorneys for Defendants trivago N.V. and trivago Services US, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I filed the foregoing with the clerk of Court using the CM/ECF system, which will send a notice of electronic filing to:

Gabriel Berg
Robins Kaplan LLP
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
GBerg@RobinsKaplan.com
*Attorneys for Plaintiff*

_____
Roger Juan Maldonado