UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE WAVE STUDIO, LLC,                           :

                            Case No.: 7:23-cv-03586-NSR

                Plaintiff,             :

  - against -                                    :   **APPEARANCE OF COUNSEL**

TRIVAGO N.V., TRIVAGO SERVICES US,              :
LLC, TRIP.COM GROUP LIMITED,
TRIP.COMTRAVEL SINGAPORE PTE. LTD.,             :
SKYSCANNER LTD., MAKEMYTRIP INDIA
PVT. LTD., MAKEMYTRIP.COM, INC.,                :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To:    The Clerk of the Court and all Parties of Record

Pursuant to the Order granting motion to practice Pro Hac Vice dated May 26, 2023, I am permitted to argue or try the above-captioned case in whole or in part as counsel or advocate for Defendants trivago N.V. and trivago Services US, LLC., and hereby appear as counsel in this case for Defendants Trivago N.V. and Trivago Services US, LLC.

Dated: New York, New York
        June 1, 2023

                                                  Smith, Gambrell & Russell, LLP

                                                By: __/s/ Sarah A. Gottlieb_____
                                                     Sarah A. Gottlieb

*Attorneys for Defendants*
*Trivago N.V. and Trivago Services US,*
*LLC*

1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Tel: (212) 907-9700
sgottlieb@sgrlaw.com