UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| THE WAVE STUDIO, LLC, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 7:23-cv-03586-NSR |
| TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC., DESPEGAR.COM CORP. AND DESPEGAR.COM USA, INC., | **EXHIBITS TO SECOND AMENDED COMPLAINT**[1] |
| Defendants. | |

**TRIVAGO**

The photographs trivago is infringing on include:

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Andaman Langkawi (Malaysia) | VA 1-432-331 | 6 | Ex. 1 |
| Carcosa Seri Negara Kuala Lumpur (Malaysia) | VA 1-432-332 | 16 | Ex. 2 |
| The Chedi Club Ubud (Bali) | VA 1-432-329 | 22 | Ex. 3 |
| The Chedi Club Ubud (Bali) | VA 1-825-429 | 2 | Ex. 3 |
| The Chedi Chiang Mai (Thailand) | VA 1-432-326 | 10 | Ex. 4 |

---

[1] These exhibits supersede the exhibits listed in the Second Amended Complaint.

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Datai Langkawi (Malaysia) | VA 1-432-331 | 6 | Ex. 5 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-325 | 79 | Ex. 6 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-324 | 24 | Ex. 6 |
| The Leela Goa (India) | VA 1-432-329 | 59 | Ex. 7 |
| The Chedi Muscat (Oman) | VA 1-432-328 | 26 | Ex. 8 |
| The Chedi Muscat (Oman) | VA 1-432-332 | 24 | Ex. 8 |
| The Chedi Muscat (Oman) | VA 1-432-325 | 4 | Ex. 8 |
| The Nam Hai Hoi An (Vietnam) | VA 1-432-326 | 32 | Ex. 9 |
| The Nam Hai Hoi An (Vietnam) | VA 1-432-332 | 19 | Ex. 9 |
| The Saujana Kuala Lumpur (Malaysia) | VA 1-432-327 | 2 | Ex. 10 |
| The Setai Miami (USA) | VA 1-432-331 | 16 | Ex. 11 |
| The Setai Miami (USA) | VA 1-432-329 | 8 | Ex. 11 |
| The Setai Miami (USA) | VA 1-432-330 | 4 | Ex. 11 |
| The Setai Miami (USA) | VA 1-758-524 | 10 | Ex. 11 |
| The Setai Miami (USA) | VAu 1-057-927 | 2 | Ex. 11 |
| The Setai Miami (USA) | VA 1-432-332 | 13 | Ex. 11 |
| The Setai Miami (USA) | VAu 1-055-459 | 3 | Ex. 11 |

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Club at The Legian Seminyak (Bali) | VA 1-765-854 | 3 | Ex. 12 |

## TRIP.COM

The photographs Trip.com is infringing on include:

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-324 | 7 | Ex. 13 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-325 | 30 | Ex. 14 |
| The Nam Hai Hoi An (Vietnam) | VA 1-432-326 | 11 | Ex. 15 |
| The Chedi Chiang Mai (Thailand) | VA 1-432-326 | 4 | Ex. 16 |
| The Saujana Kuala Lumpur (Malaysia) | VA 1-432-327 | 2 | Ex. 17 |
| The Chedi Muscat (Oman) | VA 1-432-328 | 1 | Ex. 18 |
| The Chedi Muscat (Oman) | VA 1-432-332 | 1 | Ex. 19 |
| The Setai Miami (USA) | VA 1-432-329 | 2 | Ex. 20 |
| The Setai Miami (USA) | VA 1-432-330 | 2 | Ex. 21 |
| The Setai Miami (USA) | VA 1-432-331 | 4 | Ex. 22 |
| The Setai Miami (USA) | VA 1-432-332 | 13 | Ex. 23 |
| The Setai Miami (USA) | VAu 1-055-458 | 2 | Ex. 24 |
| The Setai Miami (USA) | VA 1-758-524 | 4 | Ex. 25 |

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Heritage House Mendocino (USA) | VA 1-432-330 | 30 | Ex. 26 |
| The Setai Miami (USA) | VAu 1-055-459 | 2 | Ex. 27 |
| The Setai Miami (USA) | VAu 1-057-927 | 1 | Ex. 28 |
| The Leela Goa (India) | VA 1-432-329 | 2 | Ex. 29 |
| The Chedi Club Ubud (Bali) | VA 1-432-329 | 4 | Ex. 30 |
| Carcosa Seri Negara Kuala Lumpur (Malaysia) | VA 1-432-332 | 7 | Ex. 31 |

**SKYSCANNER**

The photographs Skyscanner is infringing on include:

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Andaman Langkawi (Malaysia) | VA 1-432-331 | 3 | Ex. 32 |
| The Chedi Chiang Mai (Thailand) | VA 1-432-326 | 7 | Ex. 33 |
| The Chedi Chiang Mai (Thailand) | VA 1-432-329 | 2 | Ex. 34 |
| The Datai Langkawi (Malaysia) | VA 1-432-331 | 5 | Ex. 35 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-325 | 27 | Ex. 36 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-324 | 6 | Ex. 37 |

4

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Leela Goa (India) | VA 1-432-329 | 27 | Ex. 38 |
| The Chedi Muscat (Oman) | VA 1-432-325 | 1 | Ex. 39 |
| The Chedi Muscat (Oman) | VA 1-432-328 | 3 | Ex. 40 |
| The Chedi Muscat (Oman) | VA 1-432-332 | 5 | Ex. 41 |
| The Club at The Legian Seminyak (Bali) | VA 1-432-330 | 3 | Ex. 42 |
| The Club at The Legian Seminyak (Bali) | VA 1-765-854 | 1 | Ex. 43 |
| The Club at The Legian Seminyak (Bali) | VA 1-432-325 | 1 | Ex. 44 |
| The Setai Miami (USA) | VA 1-432-329 | 1 | Ex. 45 |
| The Setai Miami (USA) | VA 1-432-330 | 1 | Ex. 46 |
| The Setai Miami (USA) | VA 1-432-331 | 2 | Ex. 47 |
| The Setai Miami (USA) | VAu 1-055-459 | 2 | Ex. 48 |
| The Setai Miami (USA) | VA 1-432-332 | 2 | Ex. 49 |
| The Setai Miami (USA) | VAu 1-055-458 | 2 | Ex. 50 |
| The Chedi Club Ubud (Bali) | VA 1-432-329 | 14 | Ex. 51 |
| The Chedi Club Ubud (Bali) | VA 1-825-429 | 1 | Ex. 52 |

## MAKEMYTRIP

The MakeMyTrip infringing photographs include:

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-325 | 20 | Ex. 53 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-324 | 2 | Ex. 54 |
| The Leela Goa (India) | VA 1-432-329 | 6 | Ex. 55 |
| The Chedi Muscat (Oman) | VA 1-432-332 | 1 | Ex. 56 |

## DESPEGAR

The photographs Despegar is infringing on include:

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Andaman Langkawi (Malaysia) | VA 1-432-331 | 45 | Ex. 57 |
| The Andaman Langkawi (Malaysia) | VA 1-825-264 | 9 | Ex. 58 |
| The Chedi Chiang Mai (Thailand) | VA 1-432-326 | 54 | Ex. 59 |
| The Datai Langkawi (Malaysia) | VA 1-432-331 | 45 | Ex. 60 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-325 | 225 | Ex. 61 |
| The Lalu Sun Moon Lake (Taiwan) | VA 1-432-324 | 27 | Ex. 62 |
| The Leela Goa (India) | VA 1-432-329 | 252 | Ex. 63 |

6

| Hotel | Copyright Registration Number | Number of Photographs | Exhibit Number |
|---|---|---|---|
| The Chedi Muscat (Oman) | VA 1-432-328 | 63 | Ex. 64 |
| The Chedi Muscat (Oman) | VA 1-432-332 | 9 | Ex. 65 |
| The Nam Hai Hoi An (Vietnam) | VA 1-432-326 | 81 | Ex. 66 |
| The Setai Miami (USA) | VA 1-432-331 | 45 | Ex. 67 |
| The Setai Miami (USA) | VAu 1-057-927 | 9 | Ex. 68 |
| The Setai Miami (USA) | VA 1-432-330 | 18 | Ex. 69 |
| The Setai Miami (USA) | VA 1-758-524 | 54 | Ex. 70 |
| The Setai Miami (USA) | VAu 1-055-459 | 18 | Ex. 71 |
| The Setai Miami (USA) | VA 1-432-332 | 126 | Ex. 72 |
| The Setai Miami (USA) | VAu 1-055-458 | 18 | Ex. 73 |

Dated: New York, New York
June 22, 2023

ROBINS KAPLAN LLP

By: /s/ *Gabriel Berg*
Roman Silberfeld (*pro hac vice* to be filed)
Annie Huang
Gabriel Berg
GBerg@RobinsKaplan.com
Jessica Gutierrez (*pro hac vice* to be filed)
Zac Cohen (*pro hac vice* to be filed)
Waleed Abbasi
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
Telephone: 212 980 7400
Facsimile: 212 980 7499

*Attorneys for Plaintiff The Wave Studio, LLC*