# EXHIBIT 1

ANDAMAN (3P)

1A. **VA 1-432-331**    andaman059

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/16/67167676.jpeg



1B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/16/67167676.jpeg



2A. **VA 1-432-331**   andaman026

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/16/67167680.jpeg



2B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/16/67167680.jpeg



3A. **VA 1-432-331** andaman046
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/uploadimages/15/83/15837176.jpeg



3B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/uploadimages/15/83/15837176.jpeg



Case 7:23-cv-03586-CS   Document 49-1   Filed 06/22/23   Page 5 of 5