# EXHIBIT 3

CHEDI CLUB (12P)

12A. **VA 1-432-329**	chediclub011
https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/itemimages/32/20/322091_v3.jpeg



12B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/itemimages/32/20/322091_v3.jpeg



13A. **VA 1-432-329**     chediclub042

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672346.jpeg



13B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672346.jpeg



14A. **VA 1-432-329      chediclub139**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672354.jpeg



14B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672354.jpeg



15A. **VA 1-432-329**     chediclub114
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672360.jpeg



15B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672360.jpeg



16A. **VA 1-432-329    chediclub037**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672364.jpeg



16B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672364.jpeg



17A. **VA 1-432-329      chediclub031**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672368.jpeg



17B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672368.jpeg



18A. **VA 1-825-429**     chediclub141

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672370.jpeg



18B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672370.jpeg



19A. **VA 1-432-329** chediclub074

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672372.jpeg



19B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672372.jpeg



20A. **VA 1-432-329     chediclub007**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/67/68672384.jpeg



20B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/67/68672384.jpeg



21A. **VA 1-432-329     chediclub096**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/79/08/7908811.jpeg



21B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/79/08/7908811.jpeg



22A. **VA 1-432-329** chediclub111

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/79/08/7908796.jpeg



22B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/79/08/7908796.jpeg



23A. **VA 1-432-329     chediclub104**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/79/08/7908801.jpeg



23B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/79/08/7908801.jpeg

