# EXHIBIT 5

DATAI (3P)

29A. **VA 1-432-331** datai020

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/48/80/48802517.jpeg



29B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/48/80/48802517.jpeg



30A. **VA 1-432-331**     datai023

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/48/80/48802533.jpeg



30B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/48/80/48802533.jpeg



31A. **VA 1-432-331**     datai054

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/48/80/48802535.jpeg



31B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/48/80/48802535.jpeg

