# EXHIBIT 6

LALU (31P)

32. **VA 1-432-325      lalu039**

https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/itemimages/22/07/2207066_v1.jpeg



32A.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206318.jpeg



32B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206318.jpeg



32C.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827370.jpeg



32D.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827370.jpeg



33A. **VA 1-432-324    lalu022**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/10/72/107236038.jpeg



33B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/10/72/107236038.jpeg



33C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923893.jpeg



33D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923893.jpeg



34A. **VA 1-432-324     lalu013**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923895.jpeg



34B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923895.jpeg



35A. **VA 1-432-324      lalu003**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923903.jpeg



35B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923903.jpeg



36A. **VA 1-432-324      lalu020**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923901.jpeg



36B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923901.jpeg



36C.



36D.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206326.jpeg



36E.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827396.jpeg



36F.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827396.jpeg



37A. **VA 1-432-324      lalu004**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923899.jpeg



37B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923899.jpeg



38A. **VA 1-432-324    lalu016**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/44/92/44923897.jpeg



38B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/44/92/44923897.jpeg



38C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827380.jpeg



38D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827380.jpeg



39A. **VA 1-432-325     lalu048**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206320.jpeg



39B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/68/20/68206320.jpeg



39C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827394.jpeg



39D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827394.jpeg



40A. **VA 1-432-325    lalu083**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/80/64800294.jpeg



40B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/64/80/64800294.jpeg



40C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206322.jpeg



40D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206322.jpeg



40E.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827438.jpeg



40F.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827438.jpeg



41A. **VA 1-432-325    lalu151**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206312.jpeg



41B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206312.jpeg



41C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827378.jpeg



41D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827378.jpeg



42A. **VA 1-432-325    lalu077**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827406.jpeg



42B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827406.jpeg



43A. **VA 1-432-325    lalu051**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827408.jpeg



43B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/74/08/740827408.jpeg



44A. **VA 1-432-325    lalu085**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206324.jpeg



44B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206324.jpeg



44C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827374.jpeg



44D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827374.jpeg



45A. **VA 1-432-325**    lalu141

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206310.jpeg



45B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206310.jpeg



45C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827390.jpeg



45D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827390.jpeg



46A. **VA 1-432-325    lalu145**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827422.jpeg



46B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827422.jpeg



47A. **VA 1-432-325    lalu043**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206316.jpeg



47B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206316.jpeg



47C.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827432.jpeg



47D.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827432.jpeg



48A. **VA 1-432-325    lalu150**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827372.jpeg



48B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827372.jpeg



49A. **VA 1-432-325    lalu073**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827376.jpeg



49B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827376.jpeg



50A. **VA 1-432-325    lalu139**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206314.jpeg



50B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/68/20/68206314.jpeg



50C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827382.jpeg



50D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/74/08/740827382.jpeg



51A. **VA 1-432-325    lalu047**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827384.jpeg



51B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827384.jpeg



52A. **VA 1-432-325    lalu090**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827392.jpeg



52B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/74/08/740827392.jpeg



53A. **VA 1-432-325    lalu076**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827398.jpeg



53B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827398.jpeg



54A. **VA 1-432-325    lalu078**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827400.jpeg



54B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827400.jpeg



55A. **VA 1-432-325    lalu142**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827404.jpeg



55B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827404.jpeg



56A. **VA 1-432-325    lalu086**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206308.jpeg



56B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/68/20/68206308.jpeg



56C.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827418.jpeg



56D.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827418.jpeg



56E.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/77/34/77347448.jpeg



56F.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/77/34/77347448.jpeg



57A. **VA 1-432-325    lalu144**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827420.jpeg



57B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827420.jpeg



58A. **VA 1-432-325    lalu146**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827424.jpeg



58B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/74/08/740827424.jpeg



59A. **VA 1-432-325     lalu143**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/74/08/740827426.jpeg



59B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/74/08/740827426.jpeg



60A. **VA 1-432-325    lalu158**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/80/64800288.jpeg



60B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/64/80/64800288.jpeg



60C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/62/18/62187930.jpeg



60D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/62/18/62187930.jpeg



60E.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/65/89/65894204.jpeg



60F.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/65/89/65894204.jpeg



60G.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/86/02/86021316.jpeg



60H.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/86/02/86021316.jpeg



60I.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/68/20/68206306.jpeg



60J.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/68/20/68206306.jpeg



61A. **VA 1-432-324    lalu010**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/89/79/89796374.jpeg



61B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/89/79/89796374.jpeg



62A. **VA 1-432-324    lalu018**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/37/38/373887540.jpeg



62B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/37/38/373887540.jpeg

