# EXHIBIT 7

LEELA (22P)

63. **VA 1-432-329      leela098**
https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/itemimages/12/06/120607_v6.jpeg



63A.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/12/16/121603994.jpeg



63B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/12/16/121603994.jpeg



63C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/54/93/54935077.jpeg



63D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/54/93/54935077.jpeg



63E.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892130.jpeg



63F.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892130.jpeg



64A. **VA 1-432-329     leela051**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/25/6425261.jpeg



64B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/64/25/6425261.jpeg



65A. **VA 1-432-329     leela154**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/64/25/6425276.jpeg



65B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/64/25/6425276.jpeg



65C.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892152.jpeg



65D.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892152.jpeg



66A. **VA 1-432-329     leela052**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892138.jpeg



66B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892138.jpeg



67A. **VA 1-432-329    leela096**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892140.jpeg



67B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892140.jpeg



68A. **VA 1-432-329    leela011**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892144.jpeg



68B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892144.jpeg



69A. **VA 1-432-329    leela104**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892154.jpeg



69B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892154.jpeg



70A. **VA 1-432-329     leela020**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/35/15/351593182.jpeg



70B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/35/15/351593182.jpeg



70C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages
/35/15/351593182.jpeg



70D.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892164.jpeg



70E.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892164.jpeg



71A. **VA 1-432-329    leela025**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892166.jpeg



71B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892166.jpeg



71C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/66/89/66892166.jpeg



72A. **VA 1-432-329    leela129**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892126.jpeg



72B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/66/89/66892126.jpeg



72C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/66/89/66892126.jpeg



73A. **VA 1-432-329    leela135**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/35/15/351593296.jpeg



73B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/35/15/351593296.jpeg



73C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/35/15/351593296.jpeg



74A. **VA 1-432-329    leela144**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/54/93/54935071.jpeg



74B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/54/93/54935071.jpeg



74C.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892162.jpeg



74D.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892162.jpeg



75A. **VA 1-432-329    leela143**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/12/16/121603998.jpeg



75B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/12/16/121603998.jpeg



76A. **VA 1-432-329    leela057**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892168.jpeg



76B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892168.jpeg



77A. **VA 1-432-329     leela023**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892170.jpeg



77B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892170.jpeg



78A. **VA 1-432-329    leela103**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892176.jpeg



78B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892176.jpeg



79A. **VA 1-432-329    leela140**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892132.jpeg



79B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/66/89/66892132.jpeg



80A. **VA 1-432-329     leela148**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/11/03/1103859391.jpeg



80B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/11/03/1103859391.jpeg



81A. **VA 1-432-329    leela024**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/11/03/1103859385.jpeg



81B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/11/03/1103859385.jpeg



82A. **VA 1-432-329    leela021**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892174.jpeg



82B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892174.jpeg



83A. **VA 1-432-329     leela013**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/54/93/54935075.jpeg



83B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/54/93/54935075.jpeg



84A. **VA 1-432-329    leela111**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/66/89/66892158.jpeg



84B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/66/89/66892158.jpeg

