# EXHIBIT 9

NAMHAI (23P)

**112A.  VA 1-432-332   namhai043**
https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/
itemimages/39/70/397081_v1.jpeg



112B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/itemimag
es/39/70/397081_v1.jpeg



113A. **VA 1-432-326    namhai159**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247920.jpeg



113B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247920.jpeg



114A. **VA 1-432-332    namhai039**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247926.jpeg



114B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247926.jpeg



115A. **VA 1-432-326   namhai160**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247934.jpeg



115B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247934.jpeg



116A. **VA 1-432-326    namhai213**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247936.jpeg



116B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247936.jpeg



117A. **VA 1-432-326   namhai077**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247940.jpeg



117B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247940.jpeg



118A. **VA 1-432-326   namhai072**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247948.jpeg



118B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247948.jpeg



119A. **VA 1-432-326   namhai182**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247950.jpeg



119B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247950.jpeg



120A. **VA 1-432-326   namhai247**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247952.jpeg



120B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69247952.jpeg



121A. **VA 1-432-326    namhai150**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247960.jpeg



121B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247960.jpeg



122A. **VA 1-432-326   namhai142**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247964.jpeg



122B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/69/24/69247964.jpeg



123A. **VA 1-432-326   namhai116**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247976.jpeg



123B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69247976.jpeg



124A. **VA 1-432-326   namhai108**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69247980.jpeg



124B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim ages/69/24/69247980.jpeg



125A. **VA 1-432-326   namhai265**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248004.jpeg



125B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69248004.jpeg



126A. **VA 1-432-326   namhai117**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248008.jpeg



126B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69248008.jpeg



127A. **VA 1-432-326    namhai074**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248010.jpeg



127B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/69/24/69248010.jpeg



128A. **VA 1-432-326    namhai255**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/69/24/69248012.jpeg



128B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/69/24/69248012.jpeg



129A. **VA 1-432-326   namhai208**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/09/55091509.jpeg



129B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/55/09/55091509.jpeg



130A. **VA 1-432-332   namhai037**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525451.jpeg



130B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/85/25/8525451.jpeg



130C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/85/25/8525451.jpeg



131A. **VA 1-432-332   namhai051**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525441.jpeg



131B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/85/25/8525441.jpeg



131C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/85/25/8525441.jpeg



132A. **VA 1-432-332   namhai050**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525456.jpeg



132B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/85/25/8525456.jpeg



132C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/85/25/8525456.jpeg



133A. **VA 1-432-332    namhai048**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525446.jpeg



133B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/85/25/8525446.jpeg



133C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/85/25/8525446.jpeg



134A. **VA 1-432-332   namhai041**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/85/25/8525436.jpeg



134B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/85/25/8525436.jpeg



134C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/85/25/8525436.jpeg

