# EXHIBIT 10

SAUJANA (1P)

### 135A. **VA 1-432-327    saujana022**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/70/68/70689536.jpeg



135B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/70/68/70689536.jpeg

