# EXHIBIT 11

SETAI (25P)

136A. **VA 1-432-331    setai129**
https://imgcy.trivago.com/c_lfill,d_dummy.jpeg,e_sharpen:60,f_auto,h_225,q_auto,w_225/
itemimages/13/34/1334404_v3.jpeg



136B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/itemimag
es/13/34/1334404_v3.jpeg



137A. **VA 1-432-329   setai005**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/16/68/166856614.jpeg



137B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/16/68/166856614.jpeg



137C.
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085075.jpeg



137D.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/55/08/55085075.jpeg



138A. **VA 1-432-330    setai394**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/51/61/51616101.jpeg



138B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/51/61/51616101.jpeg



139A. **VA 1-758-524    setai344**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085077.jpeg



139B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/55/08/55085077.jpeg



140A. **VA 1-758-524    setai340**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085079.jpeg



140B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/55/08/55085079.jpeg



141A. **VA 1-758-524    setai350**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085081.jpeg



141B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/55/08/55085081.jpeg



141C.

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997764.jpeg



141D.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997764.jpeg



142A. **VA 1-758-524    setai341**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085083.jpeg



142B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/55/08/55085083.jpeg



143A. **VA 1-432-331    setai083**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/55/08/55085085.jpeg



143B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/55/08/55085085.jpeg



144A. **VAu 1-057-927 setai182**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167143.jpeg



144B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167143.jpeg



145A. **VA 1-432-332   setai258**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167145.jpeg



145B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167145.jpeg



146A. **VA 1-432-331   setai180**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167149.jpeg



146B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167149.jpeg



147A. **VA 1-432-331    setai125**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167151.jpeg



147B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167151.jpeg



148A. **VA 1-432-332    setai261**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167153.jpeg



148B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167153.jpeg



149A. **VA 1-432-330    setai407**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167155.jpeg



149B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167155.jpeg



150A. **VA 1-432-331    setai177**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167157.jpeg



150B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167157.jpeg



151A. **VA 1-432-331   setai156**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/56/16/56167159.jpeg



151B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/56/16/56167159.jpeg



152A. **VA 1-432-331    setai124**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997762.jpeg



152B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997762.jpeg



153A. **VA 1-432-332    setai187**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997816.jpeg



153B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/67/99/67997816.jpeg



154A. **VA 1-432-329    setai004**

https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997836.jpeg



154B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997836.jpeg



155A. **VA 1-432-332    setai329**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997840.jpeg



155B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/67/99/67997840.jpeg



156A. **VA 1-432-332    setai188**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997842.jpeg



156B.

https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerimages/67/99/67997842.jpeg



157A. **VA 1-432-329   setai003**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/67/99/67997844.jpeg



157B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/67/99/67997844.jpeg



158A. **VA 1-432-332    setai382**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/46/72/46723401.jpeg



158B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/46/72/46723401.jpeg



158C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/46/72/46723401.jpeg



159A. **VAu 1-055-459 setai868**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/partnerimages/38/66/386669278.jpeg



159B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/partnerim
ages/38/66/386669278.jpeg



159C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/partnerimages/38/66/386669278.jpeg



160A. **VA 1-432-331   setai126**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_a
uto:low/d_dummy.jpeg,f_auto,q_auto/uploadimages/58/65/5865667.jpeg



160B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/uploadim
ages/58/65/5865667.jpeg

