# EXHIBIT 12

LEGIAN (1P) – yet to find in imgec

161A. **VA 1-765-854    legian121 (inserted into TV of a non-Wave photo Z)**
https://imgcy.trivago.com/if_iw_lte_ih,c_scale,w_236/if_else,c_scale,h_160/e_improve,q_auto:low/d_dummy.jpeg,f_auto,q_auto/uploadimages/11/51/11510029.jpeg



161B.
https://imgcy.trivago.com/c_limit,d_dummy.jpeg,f_auto,h_1300,q_auto,w_2000/uploadimages/11/51/11510029.jpeg



161C.
https://imgcy.trivago.com/c_fill,d_dummy.jpeg,f_auto,h_272,q_auto,w_272/uploadimages/11/51/11510029.jpeg

