# EXHIBIT 13

**VA 1-432-324**



lalu003



lalu004



lalu010



lalu016



lalu018



lalu020



lalu023