# EXHIBIT 14

**<u>VA 1-432-325</u>**



lalu027



lalu030



lalu039



lalu043



lalu047



lalu048



lalu051



lalu072



lalu073



lalu076



lalu077



lalu078



lalu079



lalu083



lalu085



lalu086



lalu087



lalu090



lalu135



lalu139



lalu141



lalu142



lalu143



lalu144



lalu145



lalu146



lalu150



lalu151



lalu154



lalu158