# EXHIBIT 15

**VA 1-432-326**



namhai072



namhai077



namhai097



namhai127

1



namhai157



namhai183



namhai189



namhai196



namhai213



namhai255



namhai265