# EXHIBIT 16

**VA 1-432-326**


chiangmai096


chiangmai160


chiangmai226


chiangmai227