# EXHIBIT 17

**VA 1-432-327**


saujana003


saujana005