# EXHIBIT 18

**VA 1-432-328**


muscat140

1