# EXHIBIT 19

**VA 1-432-332**



muscat220