# EXHIBIT 20

**VA 1-432-329**



setai004



setai007