# EXHIBIT 21

## VA 1-432-330


setai394


setai404