# EXHIBIT 22

**VA 1-432-331**


setai083


setai104


setai128


setai129

1