# EXHIBIT 23

**VA 1-432-332**



Setai258



Setai261



Setai265



Setai266


Setai269


Setai270


Setai308


Setai315

...



Setai327



Setai364



Setai369



Setai374

4


Setai376