# EXHIBIT 24

**VAu 1-055-458**


setai642


setai738