# EXHIBIT 25

**VA 1-758-524**



setai340



setai342



setai344



setai346