# EXHIBIT 26

**VA 1-432-330**



mendocino021



mendocino038



mendocino096



mendocino099



mendocino100



mendocino101



mendocino102


mendocino105


mendocino109


mendocino113


mendocino114


mendocino115


mendocino116


mendocino118



mendocino119



mendocino120



mendocino121



mendocino122



mendocino123



mendocino127



mendocino128


mendocino129


mendocino139


mendocino140


mendocino141



mendocino142



mendocino143



mendocino144



mendocino145


mendocino146