# EXHIBIT 27

**VAu 1-055-459**


setai868


setai1095