# EXHIBIT 28

**VAu 1-057-927**



setai182