# EXHIBIT 29

**VA 1-432-329**



leela002



leela011