# EXHIBIT 30

**VA 1-432-329**


chediclub008


chediclub059


chediclub074


chediclub117

1