# EXHIBIT 31

**VA 1-432-332**



carcosa006



carcosa007



carcosa008



carcosa010



carcosa012



carcosa019



carcosa022