# EXHIBIT 32

**VA 1-432-331**



andaman026



andaman046



andaman063