# EXHIBIT 33

**VA 1-432-326**



chiangmai114



chiangmai127



chiangmai160



chiangmai189


chiangmai194


chiangmai216


chiangmai232