# EXHIBIT 34

**VA 1-432-329**



chiangmai043



chiangmai044