# EXHIBIT 35

**VA 1-432-331**



datai006



datai020



datai022



datai096


datai104

2