# EXHIBIT 36

**VA 1-432-325**



lalu039



lalu043



lalu047


lalu048


lalu051


lalu072


lalu073


lalu074


lalu076


lalu077


lalu079


lalu080


lalu083

4


lalu085


lalu086


lalu090


lalu139


lalu141


lalu142


lalu143


lalu144


lalu145


lalu146


lalu147


lalu150


lalu151


lalu158

9