# EXHIBIT 37

**VA 1-432-324**


lalu003


lalu004


lalu010


lalu013


lalu016


lalu020