# EXHIBIT 38

**<u>VA 1-432-329</u>**



leela001



leela002



leela008



leela009



leela011



leela012



leela018



leela020



leela021



leela022



leela024



leela026



leela053



leela093



leela096



leela098



leela129



leela130



leela132



leela133



leela135



leela139



leela143



leela144


leela152


leela155


leela158