# EXHIBIT 39

**VA 1-432-325**



muscat001