# EXHIBIT 40

**VA 1-432-328**



muscat041



muscat068



muscat140