# EXHIBIT 41

**VA 1-432-332**



muscat156



muscat184



muscat185



muscat200

2


muscat220