# EXHIBIT 42

**VA 1-432-330**


legian066


legian105


legian107