# EXHIBIT 43

## VA 1-765-854



legian121