# EXHIBIT 44

## **VA 1-432-325**



legianclub006