# EXHIBIT 45

**VA 1-432-329**


setai004