# EXHIBIT 46

**VA 1-432-330**


setai394