# EXHIBIT 47

## VA 1-432-331


setai104


setai129