# EXHIBIT 49

## VA 1-432-332



setai258



setai261