# EXHIBIT 50

**VAu 1-055-458**


setai642


setai738