# EXHIBIT 51

**VA 1-432-329**



chediclub003



chediclub007



chediclub008



chediclub010


chediclub011


chediclub021


chediclub022


chediclub031


chediclub059


chediclub072


chediclub074


chediclub099

3


Chediclub107


Chediclub117