# EXHIBIT 52

**<u>VA 1-825-429</u>**



chediclub141

1