# EXHIBIT 53

**VA 1-432-325**



lalu027



lalu039



lalu043


lalu047


lalu072


lalu073



lalu076



lalu077



lalu085


lalu086


lalu087


lalu090


lalu135


lalu141


lalu142


lalu144


lalu146


lalu150


lalu151


lalu158