# EXHIBIT 54

**VA 1-432-324**



lalu016



lalu018