# EXHIBIT 55

**VA 1-432-329**


leela 020


leela 023


leela 024


leela098

1


leela 129


leela 152