# EXHIBIT 56

**VA 1-432-332**



muscat220