# EXHIBIT 57

**DATAI (6P)**

80A. **VA 1-432-331**          **andaman063**

https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-683f00ba7e1e/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



80B.

https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-683f00ba7e1e/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



80C.
https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-
683f00ba7e1e/1120x700?op=fit



80D.
https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-683f00ba7e1e/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



80E.
https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-
683f00ba7e1e/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-683f00ba7e1e



80G.
https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-
683f00ba7e1e/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



80H.
https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-683f00ba7e1e/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



80I.
https://media.staticontent.com/media/pictures/3c6677ae-3036-4103-943e-
683f00ba7e1e/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



**ANDAMAN (5P)**

86A. **VA 1-432-331**          **andaman046**
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-14fffa837687/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



86B.
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-14fffa837687/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



86C.
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-14fffa837687/1120x700?op=fit



86D.
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-
14fffa837687/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



86E.
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-
14fffa837687/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-14fffa837687



86G.
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-14fffa837687/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



86H.
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-
14fffa837687/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



86l.
https://media.staticontent.com/media/pictures/032c6c53-b70f-49f3-a17f-
14fffa837687/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



87A. **VA 1-432-331**              **andaman006**
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-
af352fdb6994/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



87B.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-
af352fdb6994/1120x700?op=fit



87C.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-af352fdb6994/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



87D.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-af352fdb6994/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



87E.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-
af352fdb6994/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



87F.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-af352fdb6994



87G.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-
af352fdb6994/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



87H.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-
af352fdb6994/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



87l.
https://media.staticontent.com/media/pictures/2b77e8a0-3349-4633-b9d9-
af352fdb6994/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



89A. **VA 1-432-331**          **andaman033**
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



89B.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



89C.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



89D.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/1120x700?op=fit



89E.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5



89F.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



89G.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



89H.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



89I.
https://media.staticontent.com/media/pictures/34fff5ca-0620-4585-bccd-eaee73abd7f5/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



90A. **VA 1-432-331**              **andaman026**
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-cfd20488b489/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



90B.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-cfd20488b489/1120x700?op=fit



90C.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-cfd20488b489/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



90D.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-cfd20488b489/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



90E.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-cfd20488b489/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



90F.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-cfd20488b489



90G.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-
cfd20488b489/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



90H.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-
cfd20488b489/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



90I.
https://media.staticontent.com/media/pictures/d60555f3-e94c-41cc-b413-cfd20488b489/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

