# EXHIBIT 58

88A. **VA 1-825-264**            andaman067
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



88B.
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/1120x700?op=fit



88C.
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



88D.
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



88E.
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



88F.
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8



88G.
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



88H.
https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



88I.

https://media.staticontent.com/media/pictures/47a0c32e-9dbb-4b77-b0b8-7aec344845b8/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

