# EXHIBIT 59

**CHIANGMAI (6P)**

74A. **VA 1-432-326**        **chiangmai160**
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-7eff38d6eed1/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



74B.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-7eff38d6eed1/1120x700?op=fit



74C.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-7eff38d6eed1/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



74D.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-7eff38d6eed1/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



74E.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-7eff38d6eed1/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



74F.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-7eff38d6eed1



74G.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-
7eff38d6eed1/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



74H.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-
7eff38d6eed1/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



74I.
https://media.staticontent.com/media/pictures/3a07daa1-acbb-4a38-a195-
7eff38d6eed1/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



75A. **VA 1-432-326**          **chiangmai082**
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-
edf5cf01d133/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



75B.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-
edf5cf01d133/1120x700?op=fit



75C.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-edf5cf01d133/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



75D.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-edf5cf01d133/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



75E.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-edf5cf01d133/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



75F.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-edf5cf01d133



75G.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-edf5cf01d133/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



75H.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-edf5cf01d133/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



75I.
https://media.staticontent.com/media/pictures/f121bfa1-9eda-4803-b64d-edf5cf01d133/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



76A. **VA 1-432-326**          chiangmai207

https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-
9f23534bbc88/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



76B.

https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-
9f23534bbc88/1120x700?op=fit



76C.
https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-9f23534bbc88/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



76D.
https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-9f23534bbc88/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



76E.
https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-9f23534bbc88/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



76F.
https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-9f23534bbc88



76G.
https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-
9f23534bbc88/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



76H.
https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-9f23534bbc88/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



76I.
https://media.staticontent.com/media/pictures/d2ff41dd-7c2d-4004-9185-9f23534bbc88/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



77A. **VA 1-432-326**          chiangmai236
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-
21aa9582078f/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



77B.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-
21aa9582078f/1120x700?op=fit



77C.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-
21aa9582078f/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



77D.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-
21aa9582078f/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



77E.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-21aa9582078f/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



77F.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-21aa9582078f



77G.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-21aa9582078f/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



77H.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-21aa9582078f/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



77I.
https://media.staticontent.com/media/pictures/7390db56-9fcd-434a-8cfb-
21aa9582078f/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



78A. **VA 1-432-326**          chiangmai191
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-7f71d0f76b51/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



78B.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-7f71d0f76b51/1120x700?op=fit



78C.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-
7f71d0f76b51/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



78D.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-
7f71d0f76b51/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



78E.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-
7f71d0f76b51/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



78F.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-7f71d0f76b51



78G.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-
7f71d0f76b51/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



78H.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-7f71d0f76b51/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



78I.
https://media.staticontent.com/media/pictures/c28acb81-d472-4123-92b0-
7f71d0f76b51/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



79A. **VA 1-432-326**          **chiangmai232**
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



79B.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/1120x700?op=fit



79C.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



79D.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



79E.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



79F.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-e0d1fc7a1711



79G.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



79H.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



79I.
https://media.staticontent.com/media/pictures/336373bc-d0ba-4d10-8af4-
e0d1fc7a1711/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

