# EXHIBIT 60

81A. **VA 1-432-331          datai020**
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-3ac473cc864c/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



81B.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-3ac473cc864c/1120x700?op=fit



81C.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-
3ac473cc864c/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



81D.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-
3ac473cc864c/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



81E.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-
3ac473cc864c/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



81F.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-3ac473cc864c



81G.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-
3ac473cc864c/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



81H.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-
3ac473cc864c/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



81I.
https://media.staticontent.com/media/pictures/9298a984-caa7-4782-acd8-
3ac473cc864c/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



82A. **VA 1-432-331** **datai104**
https://media.staticontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



82B.
https://media.staticontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/1120x700?op=fit



82C.
https://media.staticontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



82D.
https://media.staticontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



82E.
https://media.staticcontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



82F.
https://media.staticcontent.com/media/pictures/ce7fb9a9-2724-4742-add5-9cf5cd026f35



82G.
https://media.staticontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



82H.
https://media.staticontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



82I.
https://media.staticontent.com/media/pictures/ce7fb9a9-2724-4742-add5-
9cf5cd026f35/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



83A. **VA 1-432-331**          **datai006**
https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



83B.
https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/1120x700?op=fit



83C.

https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



83D.

https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



83E.

https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



83F.
https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-6e7cffbd95bb



83G.
https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



83H.
https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



83I.
https://media.staticontent.com/media/pictures/4246fa1c-d8f4-4c6a-8a77-
6e7cffbd95bb/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



84A. **VA 1-432-331**          **datai096**

https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-d70612b73b18/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



84B.

https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-d70612b73b18/1120x700?op=fit



84C.

https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-d70612b73b18/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



84D.
https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-
d70612b73b18/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



84E.
https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-
d70612b73b18/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



84F.
https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-d70612b73b18



84G.
https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-d70612b73b18/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



84H.
https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-d70612b73b18/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



84I.
https://media.staticontent.com/media/pictures/b8780c34-f783-41fc-9a4d-d70612b73b18/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



85A. **VA 1-432-331**            datai022
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



85B.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/1120x700?op=fit



85C.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



85D.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



85E.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



85F.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49



85G.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



85H.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



85I.
https://media.staticontent.com/media/pictures/c5310310-97d0-45c1-8afb-587266116b49/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

