# EXHIBIT 61

**LALU (27P)**

91A. **VA 1-432-325**          **lalu039**
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-9e494f35e1a1/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



91B.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-9e494f35e1a1/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



91C.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-9e494f35e1a1/1120x700?op=fit



91D.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-
9e494f35e1a1/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



91E.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-9e494f35e1a1/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



91F.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-9e494f35e1a1



91G.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-
9e494f35e1a1/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



91H.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-9e494f35e1a1/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



91I.
https://media.staticontent.com/media/pictures/bb8ab100-39d7-403b-ab21-
9e494f35e1a1/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



92A. **VA 1-432-325**          **lalu085**

https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-
8d1ee2004a28/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



92B.

https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-
8d1ee2004a28/1120x700?op=fit



92C.

https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-
8d1ee2004a28/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



92D.

https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-
8d1ee2004a28/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



92E.
https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-
8d1ee2004a28/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



92F.
https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-8d1ee2004a28



92G.
https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-
8d1ee2004a28/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



92H.
https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-
8d1ee2004a28/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



92I.
https://media.staticontent.com/media/pictures/1006eb83-51c7-4922-b346-8d1ee2004a28/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



93A. **VA 1-432-325**          **lalu073**

https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-
2a597e225e1d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



93B.

https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-
2a597e225e1d/1120x700?op=fit



93C.
https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-
2a597e225e1d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



93D.
https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-
2a597e225e1d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



93E.
https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-
2a597e225e1d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



93F.
https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-2a597e225e1d



93G.
https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-2a597e225e1d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



93H.
https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-2a597e225e1d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



93I.
https://media.staticontent.com/media/pictures/4df819a0-9212-4566-9e26-
2a597e225e1d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



94A. **VA 1-432-325**          **lalu074**

https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-91575487ea9e/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



94B.

https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-91575487ea9e/1120x700?op=fit



94C.
https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-
91575487ea9e/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



94D.
https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-
91575487ea9e/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



94E.
https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-91575487ea9e/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



94F.
https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-91575487ea9e



94G.
https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-
91575487ea9e/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



94H.
https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-91575487ea9e/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



94I.
https://media.staticontent.com/media/pictures/d63fd1f9-8ad9-4ae5-b8c6-
91575487ea9e/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



95A. **VA 1-432-325**          **lalu079**
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-
1cfdadd372cc/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



95B.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-
1cfdadd372cc/1120x700?op=fit



95C.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-1cfdadd372cc/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



95D.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-1cfdadd372cc/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



95E.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-
1cfdadd372cc/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



95F.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-1cfdadd372cc



95G.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-
1cfdadd372cc/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



95H.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-
1cfdadd372cc/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



95I.
https://media.staticontent.com/media/pictures/382d6bc0-5867-4da9-9b4b-
1cfdadd372cc/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



96A. **VA 1-432-325**        **lalu080**
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-998f69cc8812/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



96B.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-998f69cc8812/1120x700?op=fit



96C.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-998f69cc8812/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



96D.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-998f69cc8812/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



96E.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-
998f69cc8812/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



96F.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-998f69cc8812



96G.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-
998f69cc8812/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



96H.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-
998f69cc8812/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



96I.
https://media.staticontent.com/media/pictures/7e432d53-d7d4-4cca-ae9a-998f69cc8812/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



97A. **VA 1-432-325**          **lalu142**

https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-d398edc73499/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



97B.

https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-d398edc73499/1120x700?op=fit



97C.
https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-
d398edc73499/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



97D.
https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-
d398edc73499/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



97E.
https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-
d398edc73499/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



97F.
https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-d398edc73499



97G.
https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-
d398edc73499/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



97H.
https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-d398edc73499/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



97I.
https://media.staticontent.com/media/pictures/c01096d3-333b-4fe5-8903-
d398edc73499/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



98A. **VA 1-432-325**          **lalu076**
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



98B.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/1120x700?op=fit



98C.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



98D.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



98E.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



98F.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-32ee05ef752e



98G.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



98H.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



98I.
https://media.staticontent.com/media/pictures/4a83c6b7-b914-489a-9500-
32ee05ef752e/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



99A. **VA 1-432-325**          lalu147

https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-0d28beef0eae/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



99B.

https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-0d28beef0eae/1120x700?op=fit



99C.
https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-
0d28beef0eae/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



99D.
https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-
0d28beef0eae/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



99E.
https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-
0d28beef0eae/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



99F.
https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-0d28beef0eae



99G.
https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-
0d28beef0eae/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



99H.
https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-
0d28beef0eae/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



99I.
https://media.staticontent.com/media/pictures/1eef8613-3246-4d4a-a2d0-
0d28beef0eae/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



100A. **VA 1-432-325**          **lalu077**
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-dd00995c3845/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



100B.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-dd00995c3845/1120x700?op=fit



100C.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-dd00995c3845/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



100D.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-dd00995c3845/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



100E.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-
dd00995c3845/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



100F.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-dd00995c3845



100G.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-dd00995c3845/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



100H.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-
dd00995c3845/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



100I.
https://media.staticontent.com/media/pictures/b977682b-d515-4ef6-802a-dd00995c3845/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



101A. **VA 1-432-325**          lalu051

https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-890d28306e53/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



101B.

https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-890d28306e53/1120x700?op=fit



101C.
https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-
890d28306e53/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



101D.
https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-
890d28306e53/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



101E.
https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-
890d28306e53/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



101F.
https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-890d28306e53



101G.
https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-
890d28306e53/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



101H.
https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-
890d28306e53/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



101I.
https://media.staticontent.com/media/pictures/6c797402-1207-4103-a2dd-
890d28306e53/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



103A. **VA 1-432-325**          **lalu139**
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-d13c6f28e25d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



103B.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-d13c6f28e25d/1120x700?op=fit



103C.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-d13c6f28e25d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



103D.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-d13c6f28e25d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



103E.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-
d13c6f28e25d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



103F.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-d13c6f28e25d



103G.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-
d13c6f28e25d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



103H.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-
d13c6f28e25d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



103I.
https://media.staticontent.com/media/pictures/e37819cb-97a7-401b-ad15-
d13c6f28e25d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



104A. **VA 1-432-325**          lalu141

https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-9d1765b22242/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



104B.

https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-9d1765b22242/1120x700?op=fit



104C.

https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-
9d1765b22242/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



104D.

https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-
9d1765b22242/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



104E.
https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-
9d1765b22242/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



104F.
https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-9d1765b22242



104G.
https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-
9d1765b22242/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



104H.
https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-
9d1765b22242/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



104I.
https://media.staticontent.com/media/pictures/f6e313e5-eaf1-4865-9956-
9d1765b22242/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



105A. **VA 1-432-325**          **lalu083**

https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-35319e3eb29e/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



105B.

https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-35319e3eb29e/1120x700?op=fit



105C.
https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-35319e3eb29e/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



105D.
https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-35319e3eb29e/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



105E.
https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-
35319e3eb29e/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



105F.
https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-35319e3eb29e



105G.
https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-
35319e3eb29e/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



105H.
https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-
35319e3eb29e/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



105I.
https://media.staticontent.com/media/pictures/f0288ca9-70c5-459f-a284-
35319e3eb29e/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



106A. **VA 1-432-325**          **lalu090**

https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-c778a5ac202a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



106B.

https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-c778a5ac202a/1120x700?op=fit



106C.
https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-
c778a5ac202a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



106D.
https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-
c778a5ac202a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



106E.
https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-
c778a5ac202a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



106F.
https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-c778a5ac202a



106G.
https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-
c778a5ac202a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



106H.
https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-
c778a5ac202a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



106I.
https://media.staticontent.com/media/pictures/c7010d7e-9a0b-4bf8-8f48-
c778a5ac202a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



107A. **VA 1-432-325**            **lalu048**
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-
68f8de15739e/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



107B.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-
68f8de15739e/1120x700?op=fit



107C.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-68f8de15739e/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



107D.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-68f8de15739e/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



107E.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-68f8de15739e/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



107F.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-68f8de15739e



107G.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-68f8de15739e/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



107H.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-68f8de15739e/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



107I.
https://media.staticontent.com/media/pictures/ea8bd658-1ca6-4210-a10a-68f8de15739e/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



109A. **VA 1-432-325**          **lalu146**

https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-
b8cc9dc85e60/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



109B.

https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-
b8cc9dc85e60/1120x700?op=fit



109C.
https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-
b8cc9dc85e60/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



109D.
https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-
b8cc9dc85e60/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



109E.
https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-
b8cc9dc85e60/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



109F.
https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-b8cc9dc85e60



109G.
https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-
b8cc9dc85e60/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



109H.
https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-
b8cc9dc85e60/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



109I.
https://media.staticontent.com/media/pictures/bbb2c9b4-aa44-4c59-8d59-b8cc9dc85e60/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



110A. **VA 1-432-325**          **lalu043**
https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-
25f1911f257a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



110B.
https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-
25f1911f257a/1120x700?op=fit



110C.

https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-25f1911f257a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



110D.

https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-25f1911f257a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



110E.
https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-
25f1911f257a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



110F.
https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-25f1911f257a



110G.
https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-25f1911f257a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



110H.
https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-
25f1911f257a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



110I.
https://media.staticontent.com/media/pictures/8147452a-5148-4b81-8577-
25f1911f257a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



111A. **VA 1-432-325**          **lalu143**

https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-fa6c0b5032dd/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



111B.

https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-fa6c0b5032dd/1120x700?op=fit



111C.
https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-fa6c0b5032dd/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



111D.
https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-fa6c0b5032dd/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



111E.
https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-
fa6c0b5032dd/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



111F.
https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-fa6c0b5032dd



111G.
https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-fa6c0b5032dd/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



111H.
https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-
fa6c0b5032dd/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



111I.
https://media.staticontent.com/media/pictures/2e402f3d-4c98-4287-8455-
fa6c0b5032dd/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



112A. **VA 1-432-325**          **lalu086**

https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-b45ed1fbbcb0/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



112B.

https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-b45ed1fbbcb0/1120x700?op=fit



112C.
https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-
b45ed1fbbcb0/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



112D.
https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-
b45ed1fbbcb0/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



112E.
https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-
b45ed1fbbcb0/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



112F.
https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-b45ed1fbbcb0



112G.
https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-
b45ed1fbbcb0/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



112H.
https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-
b45ed1fbbcb0/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



112I.
https://media.staticontent.com/media/pictures/55818db6-4a6e-41e3-8c82-
b45ed1fbbcb0/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



113A. **VA 1-432-325          lalu144**
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-5a8402555dce/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



113B.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-5a8402555dce/1120x700?op=fit



113C.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-5a8402555dce/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



113D.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-5a8402555dce/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



113E.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-
5a8402555dce/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



113F.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-5a8402555dce



113G.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-
5a8402555dce/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



113H.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-
5a8402555dce/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



113I.
https://media.staticontent.com/media/pictures/395671d8-fff2-4495-9ec6-
5a8402555dce/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



114A. **VA 1-432-325**         **lalu145**
https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-94333f26e79b/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



114B.
https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-94333f26e79b/1120x700?op=fit



114C.

https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-94333f26e79b/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



114D.

https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-94333f26e79b/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



114E.
https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-
94333f26e79b/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



114F.
https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-94333f26e79b



114G.
https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-94333f26e79b/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



114H.
https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-94333f26e79b/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



114I.
https://media.staticontent.com/media/pictures/bdded754-6c81-4c61-a12c-
94333f26e79b/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



115A. **VA 1-432-325**          **lalu150**

https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



115B.

https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/1120x700?op=fit



115C.
https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



115D.
https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



115E.
https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



115F.
https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-bb34948f1777



115G.
https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



115H.
https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



115I.
https://media.staticontent.com/media/pictures/5be7fd25-de4a-49d6-b617-
bb34948f1777/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



116A. **VA 1-432-325**          **lalu039**
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-6ce45c33c2bd/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



116B.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-6ce45c33c2bd/1120x700?op=fit



116C.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-6ce45c33c2bd/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



116D.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-6ce45c33c2bd/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



116E.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-
6ce45c33c2bd/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



116F.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-6ce45c33c2bd



116G.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-6ce45c33c2bd/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



116H.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-6ce45c33c2bd/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



116I.
https://media.staticontent.com/media/pictures/80448483-1cc4-4cc5-8b30-
6ce45c33c2bd/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



117A. **VA 1-432-325**          lalu151

https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-
c11c63ae1d21/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



117B.

https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-
c11c63ae1d21/1120x700?op=fit



117C.
https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-c11c63ae1d21/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



117D.
https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-c11c63ae1d21/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



117E.
https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-
c11c63ae1d21/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



117F.
https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-c11c63ae1d21



117G.
https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-c11c63ae1d21/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



117H.
https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-
c11c63ae1d21/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



117I.
https://media.staticontent.com/media/pictures/6beb08ad-9a69-4515-a647-
c11c63ae1d21/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

