# EXHIBIT 62

102A. **VA 1-432-324**          lalu016

https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-8799ee6228f8/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



102B.

https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-8799ee6228f8/1120x700?op=fit



102C.

https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-8799ee6228f8/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



102D.

https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-8799ee6228f8/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



102E.
https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-8799ee6228f8/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



102F.
https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-8799ee6228f8



102G.
https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-
8799ee6228f8/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



102H.
https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-8799ee6228f8/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



102I.
https://media.staticontent.com/media/pictures/4fe457a0-1e5e-4ca0-91d6-
8799ee6228f8/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



108A. **VA 1-432-324**          **lalu020**
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-bcb4debf080d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



108B.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-bcb4debf080d/1120x700?op=fit



108C.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-
bcb4debf080d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



108D.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-
bcb4debf080d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



108E.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-
bcb4debf080d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



108F.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-bcb4debf080d



108G.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-bcb4debf080d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



108H.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-
bcb4debf080d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



108I.
https://media.staticontent.com/media/pictures/c03e2a03-3514-44ff-819f-bcb4debf080d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



118A. **VA 1-432-324**          **lalu013**
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-
0b0e875b657a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



118B.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-
0b0e875b657a/1120x700?op=fit



118C.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-0b0e875b657a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



118D.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-0b0e875b657a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



118E.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-
0b0e875b657a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



118F.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-0b0e875b657a



118G.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-
0b0e875b657a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



118H.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-
0b0e875b657a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



118I.
https://media.staticontent.com/media/pictures/3863f566-7101-461f-9a9b-0b0e875b657a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

