# EXHIBIT 63

**LEELA (22P)**

41A. **VA 1-432-329**          **leela096**
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-39eb692952b4/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



41B.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-39eb692952b4/1120x700?op=fit



41C.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-39eb692952b4/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



41D.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-39eb692952b4/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



41E.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-
39eb692952b4/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



41F.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-39eb692952b4



41G.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-
39eb692952b4/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



41H.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-39eb692952b4/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



41I.
https://media.staticontent.com/media/pictures/d3b20d10-7854-45db-bfdd-39eb692952b4/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



42A. **VA 1-432-329**          leela098

https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-
9258fc10097e/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



42B.

https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-
9258fc10097e/1120x700?op=fit



42C.
https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-
9258fc10097e/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



42D.
https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-
9258fc10097e/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



42E.
https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-
9258fc10097e/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



42F.
https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-9258fc10097e



42G.
https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-9258fc10097e/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



42H.
https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-9258fc10097e/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



42I.
https://media.staticontent.com/media/pictures/f5989a7e-8b31-4fe3-8cc4-9258fc10097e/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



43A. **VA 1-432-329**          **leela132**
https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



43B.
https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/1120x700?op=fit



43C.
https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



43D.
https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



43E.

https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



43F.

https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef



43G.

https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



43H.

https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



43I.
https://media.staticontent.com/media/pictures/fc9ecfdd-58ec-4a93-b81d-fcf6974cdaef/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



44A. **VA 1-432-329**          **leela098**
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-
62b678e0e14d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



44B.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-
62b678e0e14d/1120x700?op=fit



44C.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-62b678e0e14d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



44D.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-62b678e0e14d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



44E.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-
62b678e0e14d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



44F.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-62b678e0e14d



44G.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-62b678e0e14d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



44H.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-62b678e0e14d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



44I.
https://media.staticontent.com/media/pictures/d36f843a-5873-4819-82e6-
62b678e0e14d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45A. **VA 1-432-329**           **leela143**
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-949b8574f001/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45B.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-949b8574f001/1120x700?op=fit



45C.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-949b8574f001/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45D.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-949b8574f001/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45E.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-949b8574f001/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45F.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-949b8574f001



45G.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-
949b8574f001/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45H.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-
949b8574f001/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45I.
https://media.staticontent.com/media/pictures/74b77d69-87d6-459e-ac8c-
949b8574f001/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45J.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45K.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be/1120x700?op=fit



45L.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45M.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45N.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45O.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be



45P.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45Q.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-0fab12ebc2be/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



45R.
https://media.staticontent.com/media/pictures/ca696250-077e-4934-87e5-
0fab12ebc2be/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46A. **VA 1-432-329**          **leela020**
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-
a1c9d79237a9/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46B.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-
a1c9d79237a9/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46C.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-a1c9d79237a9/1120x700?op=fit



46D.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-
a1c9d79237a9/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46E.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-
a1c9d79237a9/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46F.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-a1c9d79237a9



46G.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-
a1c9d79237a9/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46H.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-a1c9d79237a9/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46I.
https://media.staticontent.com/media/pictures/854af977-2390-4722-9580-
a1c9d79237a9/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46J.
https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46K.
https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/1120x700?op=fit



46L.

https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46M.

https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46N.
https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46O.
https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f



46P.

https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46Q.

https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



46R.
https://media.staticontent.com/media/pictures/e23e205f-aaeb-4b26-9d00-02fcf0ae4c8f/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



47A. **VA 1-432-329          leela022**
https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-
b1299ffcc94b/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



47B.
https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-
b1299ffcc94b/1120x700?op=fit



47C.

https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-b1299ffcc94b/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



47D.

https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-b1299ffcc94b/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



47E.

https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-b1299ffcc94b/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



47F.

https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-b1299ffcc94b



47G.
https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-
b1299ffcc94b/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



47H.
https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-
b1299ffcc94b/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



47I.
https://media.staticontent.com/media/pictures/e11305dd-a6d7-44b2-92c2-b1299ffcc94b/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



48A. **VA 1-432-329**          **leela011**
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-
b69066d5dee0/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



48B.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-
b69066d5dee0/1120x700?op=fit



48C.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-b69066d5dee0/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



48D.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-b69066d5dee0/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



48E.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-
b69066d5dee0/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



48F.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-b69066d5dee0



48G.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-
b69066d5dee0/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



48H.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-
b69066d5dee0/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



48I.
https://media.staticontent.com/media/pictures/e7064f15-24df-498d-b476-
b69066d5dee0/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



49A. **VA 1-432-329**              **leela001**
https://media.staticontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-
a6eac8c04af4/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



49B.
https://media.staticontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-
a6eac8c04af4/1120x700?op=fit



49C.
https://media.staticontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-a6eac8c04af4/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



49D.
https://media.staticontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-a6eac8c04af4/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



49E.
https://media.staticcontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-a6eac8c04af4/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



49F.
https://media.staticcontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-a6eac8c04af4



49G.
https://media.staticontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-a6eac8c04af4/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



49H.
https://media.staticontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-a6eac8c04af4/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



49I.
https://media.staticontent.com/media/pictures/1873cb66-1b3b-4702-b2dd-
a6eac8c04af4/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



50A. **VA 1-432-329**          **leela026**
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-
b0074443f926/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



50B.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-
b0074443f926/1120x700?op=fit



50C.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-b0074443f926/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



50D.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-b0074443f926/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



50E.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-b0074443f926/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



50F.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-b0074443f926



50G.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-b0074443f926/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



50H.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-b0074443f926/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



50I.
https://media.staticontent.com/media/pictures/5d29e8ed-2d04-4c68-83a1-b0074443f926/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



51A. **VA 1-432-329**          **leela002**
https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-
0eae0960a89a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



51B.
https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-
0eae0960a89a/1120x700?op=fit



51C.
https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-
0eae0960a89a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



51D.
https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-
0eae0960a89a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



51E.

https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-0eae0960a89a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



51F.

https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-0eae0960a89a



51G.
https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-
0eae0960a89a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



51H.
https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-
0eae0960a89a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



51I.
https://media.staticontent.com/media/pictures/6c745e43-8116-4868-b5f8-0eae0960a89a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52A. **VA 1-432-329**          **leela152**
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52B.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4/1120x700?op=fit



52C.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52D.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52E.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52F.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4



52G.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52H.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-e1b97ca185c4/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52I.
https://media.staticontent.com/media/pictures/3b96deb4-1bb3-42b2-808d-
e1b97ca185c4/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52J.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-a91597fe6f5d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52K.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-a91597fe6f5d/1120x700?op=fit



52L.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-a91597fe6f5d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52M.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-a91597fe6f5d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52N.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-a91597fe6f5d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52O.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-a91597fe6f5d



52P.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-
a91597fe6f5d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52Q.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-
a91597fe6f5d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



52R.
https://media.staticontent.com/media/pictures/81df4399-1fe3-4d69-b4b1-
a91597fe6f5d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



53A. **VA 1-432-329**            **leela018**
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



53B.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/1120x700?op=fit



53C.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



53D.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



53E.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



53F.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf



53G.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



53H.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



53I.
https://media.staticontent.com/media/pictures/e1a46bc7-adc1-4086-aae7-844c6cbf76bf/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



54A. **VA 1-432-329**          **leela129**
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



54B.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f/1120x700?op=fit



54C.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



54D.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



54E.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-
b04a0fccf92f/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



54F.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f



54G.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



54H.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



54I.
https://media.staticontent.com/media/pictures/c9f92697-d0b9-429d-96f9-b04a0fccf92f/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55A. **VA 1-432-329**          **leela093**
https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-143557beb3ba/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55B.
https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-143557beb3ba/1120x700?op=fit



55C.

https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-143557beb3ba/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55D.

https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-143557beb3ba/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55E.
https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-143557beb3ba/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55F.
https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-143557beb3ba



55G.

https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-
143557beb3ba/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55H.

https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-
143557beb3ba/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55I.
https://media.staticontent.com/media/pictures/80c8db27-a96b-423d-b255-
143557beb3ba/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55J.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-
5dc93ea0588d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55K.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d/1120x700?op=fit



55L.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55M.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55N.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55O.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d



55P.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55Q.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



55R.
https://media.staticontent.com/media/pictures/3c9591c3-f53c-4da7-848e-5dc93ea0588d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



56A. **VA 1-432-329**            **leela008**
https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-84dee528d5ae/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



56B.
https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-84dee528d5ae/1120x700?op=fit



56C.
https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-84dee528d5ae/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



56D.
https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-84dee528d5ae/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



56E.

https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-84dee528d5ae/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



56F.

https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-84dee528d5ae



56G.
https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-
84dee528d5ae/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



56H.
https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-
84dee528d5ae/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



56I.
https://media.staticontent.com/media/pictures/501278c6-b1c6-494c-877e-84dee528d5ae/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



57A. **VA 1-432-329**            **leela076**
https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



57B.
https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b/1120x700?op=fit



57C.

https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



57D.

https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



57E.
https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



57F.
https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b



57G.
https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



57H.
https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-
057addf4293b/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



57I.
https://media.staticontent.com/media/pictures/f4a91e35-cde3-4122-b0b6-057addf4293b/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



58A. **VA 1-432-329**          **leela158**
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-7bc4376ea275/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



58B.
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-7bc4376ea275/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



58C.
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-7bc4376ea275/1120x700?op=fit



58D.
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-
7bc4376ea275/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



58E.
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-7bc4376ea275/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-7bc4376ea275



58G.
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-
7bc4376ea275/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



58H.
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-7bc4376ea275/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



58I.
https://media.staticontent.com/media/pictures/770c2be0-903b-4c79-b90c-7bc4376ea275/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



59A. **VA 1-432-329**            **leela075**
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



59B.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76/1120x700?op=fit



59C.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



59D.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



59E.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



59F.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76



59G.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



59H.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-be98bb3c6e76/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



59I.
https://media.staticontent.com/media/pictures/9d898518-727f-4822-b282-
be98bb3c6e76/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



60A. **VA 1-432-329**          **leela009**
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



60B.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/1120x700?op=fit



60C.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



60D.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



60E.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



60F.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a



60G.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



60H.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



60I.
https://media.staticontent.com/media/pictures/e2274221-4d8d-4309-8dab-e3eb0e1f918a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



61A. **VA 1-432-329**                **leela157**
https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-
1a4f708a898e/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



61B.
https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-
1a4f708a898e/1120x700?op=fit



61C.

https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-1a4f708a898e/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



61D.

https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-1a4f708a898e/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



61E.
https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-1a4f708a898e/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



61F.
https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-1a4f708a898e



61G.
https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-
1a4f708a898e/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



61H.
https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-
1a4f708a898e/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



61I.
https://media.staticontent.com/media/pictures/3ee0534f-a366-4d5d-8864-
1a4f708a898e/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



62A. **VA 1-432-329**            **leela135**
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-
31d85ec087fc/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



62B.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-
31d85ec087fc/1120x700?op=fit



62C.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-31d85ec087fc/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



62D.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-31d85ec087fc/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



62E.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-
31d85ec087fc/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



62F.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-31d85ec087fc



62G.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-31d85ec087fc/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



62H.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-
31d85ec087fc/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



62I.
https://media.staticontent.com/media/pictures/b289e578-bbd9-4ae9-9426-
31d85ec087fc/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



63A. **VA 1-432-329**          **leela155**
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-
e01ac1d182e2/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



63B.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-
e01ac1d182e2/1120x700?op=fit



63C.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-e01ac1d182e2/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



63D.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-e01ac1d182e2/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



63E.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-
e01ac1d182e2/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



63F.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-e01ac1d182e2



63G.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-
e01ac1d182e2/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



63H.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-
e01ac1d182e2/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



63I.
https://media.staticontent.com/media/pictures/d598e3a3-ea68-49bc-ac6e-
e01ac1d182e2/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



64A. **VA 1-432-329**          **leela024**
https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-
53ba28ceec8f/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



64B.
https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-
53ba28ceec8f/1120x700?op=fit



64C.

https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-
53ba28ceec8f/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



64D.

https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-
53ba28ceec8f/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



64E.
https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-
53ba28ceec8f/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



64F.
https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-53ba28ceec8f



64G.
https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-53ba28ceec8f/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



64H.
https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-
53ba28ceec8f/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



64I.
https://media.staticontent.com/media/pictures/91f73417-c1e1-45cd-a9a0-
53ba28ceec8f/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

