# EXHIBIT 64

**MUSCAT (8P)**

33A. **VA 1-432-328          muscat140 (inserted into TV of a non-Wave photo X)**
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-
bef459fb8a6d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



33B.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-
bef459fb8a6d/1120x700?op=fit



33C.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-bef459fb8a6d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



33D.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-bef459fb8a6d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



33E.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-
bef459fb8a6d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



33F.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-bef459fb8a6d



33G.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-
bef459fb8a6d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



33H.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-
bef459fb8a6d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



33I.
https://media.staticontent.com/media/pictures/40ef888f-98e9-4db0-aa52-bef459fb8a6d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



34A. **VA 1-432-328          muscat140 (inserted into TV of a non-Wave photo Y)**
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-
005485ef64d4/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



34B.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-
005485ef64d4/1120x700?op=fit



34C.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-005485ef64d4/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



34D.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-005485ef64d4/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



34E.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-
005485ef64d4/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



34F.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-005485ef64d4



34G.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-
005485ef64d4/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



34H.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-
005485ef64d4/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



34I.
https://media.staticontent.com/media/pictures/449fe8e4-3a62-4117-b807-005485ef64d4/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



35A. **VA 1-432-328**          **muscat068**

https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-d10e47146a90/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



35B.

https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-d10e47146a90/1120x700?op=fit



35C.
https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-d10e47146a90/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



35D.
https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-d10e47146a90/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



35E.
https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-
d10e47146a90/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



35F.
https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-d10e47146a90



35G.
https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-
d10e47146a90/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



35H.
https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-d10e47146a90/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



35I.
https://media.staticontent.com/media/pictures/e0edaf06-8ed3-4df1-853d-
d10e47146a90/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



36A. **VA 1-432-328**          **muscat104**
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-
9d2569ba40f3/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



36B.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-
9d2569ba40f3/1120x700?op=fit



36C.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-9d2569ba40f3/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



36D.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-9d2569ba40f3/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



36E.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-
9d2569ba40f3/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



36F.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-9d2569ba40f3



36G.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-
9d2569ba40f3/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



36H.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-
9d2569ba40f3/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



36I.
https://media.staticontent.com/media/pictures/3fc8f8c5-cda5-4988-9d71-9d2569ba40f3/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



37A. **VA 1-432-328**          **muscat123**
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-316ecdb4dc48/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



37B.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-316ecdb4dc48/1120x700?op=fit



37C.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-316ecdb4dc48/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



37D.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-316ecdb4dc48/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



37E.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-316ecdb4dc48/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



37F.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-316ecdb4dc48



37G.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-
316ecdb4dc48/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



37H.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-
316ecdb4dc48/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



37I.
https://media.staticontent.com/media/pictures/9fff19c4-5197-4760-8edc-316ecdb4dc48/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



38A. **VA 1-432-328**          **muscat140**
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-
b5c8bb8e0137/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



38B.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-
b5c8bb8e0137/1120x700?op=fit



38C.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-b5c8bb8e0137/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



38D.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-b5c8bb8e0137/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



38E.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-
b5c8bb8e0137/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



38F.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-b5c8bb8e0137



38G.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-b5c8bb8e0137/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



38H.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-b5c8bb8e0137/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



38I.
https://media.staticontent.com/media/pictures/59a1f504-0ebc-40ae-97d1-
b5c8bb8e0137/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



40A. **VA 1-432-328**            **muscat093**
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-7846d990f9ab/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



40B.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-7846d990f9ab/1120x700?op=fit



40C.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-7846d990f9ab/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



40D.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-7846d990f9ab/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



40E.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-
7846d990f9ab/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



40F.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-7846d990f9ab



40G.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-
7846d990f9ab/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



40H.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-
7846d990f9ab/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



40I.
https://media.staticontent.com/media/pictures/133537bc-ecc7-4511-be19-
7846d990f9ab/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

