# EXHIBIT 65

39A. **VA 1-432-332**          muscat184
https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



39B.
https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/1120x700?op=fit



39C.

https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



39D.

https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



39E.
https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



39F.
https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904



39G.

https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



39H.

https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



39I.

https://media.staticontent.com/media/pictures/c53eb7ee-d95f-427d-8d75-441bc3295904/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

