# EXHIBIT 66

**NAMHAI (3P)**

65A. **VA 1-432-326**          **namhai196**
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-0fda7400c10a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



65B.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-0fda7400c10a/1120x700?op=fit



65C.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-
0fda7400c10a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



65D.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-
0fda7400c10a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



65E.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-0fda7400c10a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



65F.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-0fda7400c10a



65G.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-
0fda7400c10a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



65H.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-
0fda7400c10a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



65I.
https://media.staticontent.com/media/pictures/00df6330-4799-491e-9e87-
0fda7400c10a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



66A. **VA 1-432-326**          **namhai213**
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-
c506ee9f78c0/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



66B.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-
c506ee9f78c0/1120x700?op=fit



66C.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-
c506ee9f78c0/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



66D.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-
c506ee9f78c0/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



66E.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-c506ee9f78c0/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



66F.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-c506ee9f78c0



66G.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-c506ee9f78c0/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



66H.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-c506ee9f78c0/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



66I.
https://media.staticontent.com/media/pictures/9423f4a8-82b4-4010-9ac6-
c506ee9f78c0/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



67A. **VA 1-432-326**          **namhai157**
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-
e00d0ee74c80/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



67B.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-
e00d0ee74c80/1120x700?op=fit



67C.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-e00d0ee74c80/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



67D.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-e00d0ee74c80/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



67E.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-
e00d0ee74c80/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



67F.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-e00d0ee74c80



67G.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-e00d0ee74c80/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



67H.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-e00d0ee74c80/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



67I.
https://media.staticontent.com/media/pictures/cf39b46f-0c4a-443f-a262-
e00d0ee74c80/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



**NAMHAI (6P)**

68A. **VA 1-432-326**          **namhai188**
https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-828030482183/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



68B.
https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-828030482183/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



68C.

https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-828030482183/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



68D.

https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-828030482183/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



68E.

https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-828030482183/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



68F.
https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-828030482183



68G.
https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-828030482183/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



68H.
https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-
828030482183/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



68I.
https://media.staticontent.com/media/pictures/314e6896-15d1-4342-8128-
828030482183/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69A. **VA 1-432-326**          **namhai131**
https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-
07179b85c665/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69B.
https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-
07179b85c665/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69C.

https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-07179b85c665/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69D.

https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-07179b85c665/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69E.

https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-07179b85c665/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69F.
https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-07179b85c665



69G.
https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-07179b85c665/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69H.
https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-
07179b85c665/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



69I.
https://media.staticontent.com/media/pictures/6fe24da3-70bf-4679-9da9-
07179b85c665/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70A. **VA 1-432-326**            namhai247

https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-
4ee3192823ec/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70B.

https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-
4ee3192823ec/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70C.

https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-4ee3192823ec/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70D.

https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-4ee3192823ec/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70E.
https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-
4ee3192823ec/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70F.
https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-4ee3192823ec



70G.
https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-4ee3192823ec/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70H.
https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-
4ee3192823ec/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



70I.
https://media.staticontent.com/media/pictures/a2d856b8-8153-4efa-a2a3-
4ee3192823ec/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71A. **VA 1-432-326**          **namhai158**
https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-
8e20a65e6ca8/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71B.
https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-
8e20a65e6ca8/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71C.

https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-8e20a65e6ca8/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71D.

https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-8e20a65e6ca8/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71E.

https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-8e20a65e6ca8/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71F.
https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-8e20a65e6ca8



71G.
https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-8e20a65e6ca8/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71H.
https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-
8e20a65e6ca8/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



71I.
https://media.staticontent.com/media/pictures/e408fb25-ccfb-462b-9a81-
8e20a65e6ca8/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72A. **VA 1-432-326**          **namhai265**
https://media.staticcontent.com/media/pictures/a3623188-6323-4983-aa0b-104ef3249dd2/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72B.
https://media.staticcontent.com/media/pictures/a3623188-6323-4983-aa0b-104ef3249dd2/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72C.

https://media.staticontent.com/media/pictures/a3623188-6323-4983-aa0b-
104ef3249dd2/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72D.

https://media.staticontent.com/media/pictures/a3623188-6323-4983-aa0b-
104ef3249dd2/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72E.

https://media.staticontent.com/media/pictures/a3623188-6323-4983-aa0b-
104ef3249dd2/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72F.
https://media.staticontent.com/media/pictures/a3623188-6323-4983-aa0b-104ef3249dd2



72G.
https://media.staticontent.com/media/pictures/a3623188-6323-4983-aa0b-104ef3249dd2/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72H.

https://media.staticontent.com/media/pictures/a3623188-6323-4983-aa0b-104ef3249dd2/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



72I.

https://media.staticontent.com/media/pictures/a3623188-6323-4983-aa0b-104ef3249dd2/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73A. **VA 1-432-326**          namhai200
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-f44ba084f7bb/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73B.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-f44ba084f7bb/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73C.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-
f44ba084f7bb/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73D.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-
f44ba084f7bb/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73E.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-
f44ba084f7bb/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73F.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-f44ba084f7bb



73G.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-f44ba084f7bb/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73H.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-
f44ba084f7bb/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



73I.
https://media.staticontent.com/media/pictures/c7e9aa4e-f165-4b93-a532-
f44ba084f7bb/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

