EXHIBIT 67

2A. **VA 1-432-331**          **setai127**
https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



2B.
https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2/1120x700?op=fit



2C.

https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



2D.

https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



2E.
https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



2F.
https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2



2G.
https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-
cb9114727bd2/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



2H.
https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



2I.
https://media.staticontent.com/media/pictures/15f36bc0-cec1-4611-867b-cb9114727bd2/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



9A. **VA 1-432-331**          **setai083**
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-
0db0ab4ca9d4/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



9B.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-
0db0ab4ca9d4/1120x700?op=fit



9C.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-0db0ab4ca9d4/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



9D.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-0db0ab4ca9d4/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



9E.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-
0db0ab4ca9d4/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



9F.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-0db0ab4ca9d4



9G.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-
0db0ab4ca9d4/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



9H.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-
0db0ab4ca9d4/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



9I.
https://media.staticontent.com/media/pictures/47885f4d-d7ad-4ad8-a681-
0db0ab4ca9d4/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



10A. **VA 1-432-331**          setai104

https://media.staticontent.com/media/pictures/abe9bab3-58a4-426c-a06f-
23c67010c608/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



10B.

https://media.staticontent.com/media/pictures/abe9bab3-58a4-426c-a06f-
23c67010c608/1120x700?op=fit



10C.

https://media.staticontent.com/media/pictures/abe9bab3-58a4-426c-a06f-
23c67010c608/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



10D.

https://media.staticontent.com/media/pictures/abe9bab3-58a4-426c-a06f-
23c67010c608/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



10E.
https://media.staticontent.com/media/pictures/abe9bab3-58a4-426c-a06f-23c67010c608/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



10F.
https://media.staticontent.com/media/pictures/abe9bab3-58a4-426c-a06f-23c67010c608



10G.
https://media.staticcontent.com/media/pictures/abe9bab3-58a4-426c-a06f-
23c67010c608/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



10H.
https://media.staticcontent.com/media/pictures/abe9bab3-58a4-426c-a06f-
23c67010c608/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



10I.
https://media.staticontent.com/media/pictures/abe9bab3-58a4-426c-a06f-
23c67010c608/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



14A. **VA 1-432-331**          **setai178**
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-7ac9f57b02bf/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



14B.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-7ac9f57b02bf/1120x700?op=fit



14C.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-
7ac9f57b02bf/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



14D.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-
7ac9f57b02bf/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



14E.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-
7ac9f57b02bf/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



14F.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-7ac9f57b02bf



14G.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-7ac9f57b02bf/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



14H.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-7ac9f57b02bf/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



14I.
https://media.staticontent.com/media/pictures/63c15736-a39d-4d0c-91bd-
7ac9f57b02bf/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



19A. **VA 1-432-331**          setai128

https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-4183ce61277d/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



19B.

https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-4183ce61277d/1120x700?op=fit



19C.

https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-4183ce61277d/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



19D.
https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-
4183ce61277d/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



19E.
https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-
4183ce61277d/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



19F.
https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-4183ce61277d



19G.
https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-
4183ce61277d/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



19H.
https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-4183ce61277d/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



19I.
https://media.staticontent.com/media/pictures/95d11268-b3c6-41c6-9ba5-4183ce61277d/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

