# EXHIBIT 68

11A. **VAu 1-057-927**          setai182

https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



11B.

https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/1120x700?op=fit



11C.
https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



11D.
https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



11E.
https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



11F.
https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32



11G.

https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



11H.

https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



11l.
https://media.staticontent.com/media/pictures/ee62fb7b-a6f1-4d77-a77e-6c09b4698c32/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

