# EXHIBIT 69

20A. **VA 1-432-330** setai404

https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



20B.

https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/1120x700?op=fit



20C.

https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



20D.
https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



20E.
https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



20F.

https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354



20G.

https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



20H.
https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



20I.
https://media.staticontent.com/media/pictures/ddf98619-c6ad-4e99-8115-315f755d8354/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



30A. **VA 1-432-330**	setai394

https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



30B.

https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/1120x700?op=fit



30C.

https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



30D.

https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



30E.
https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



30F.
https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc



30G.
https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



30H.
https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



30I.

https://media.staticontent.com/media/pictures/0acffe2f-ef90-4f45-bc56-4cd5c6f33dbc/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

