# EXHIBIT 70

5A. **VA 1-758-524**          setai344

https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-e74d72c2bd7c/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



5B.

https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-e74d72c2bd7c/1120x700?op=fit



5C.

https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-
e74d72c2bd7c/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



5D.

https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-
e74d72c2bd7c/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



5E.
https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-e74d72c2bd7c/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



5F.
https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-e74d72c2bd7c



5G.
https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-
e74d72c2bd7c/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



5H.
https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-e74d72c2bd7c/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



5I.
https://media.staticontent.com/media/pictures/9d99f01d-06b8-423b-95b8-
e74d72c2bd7c/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



13A. **VA 1-758-524**          setai338
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-
2e87200241b1/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



13B.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-
2e87200241b1/1120x700?op=fit



13C.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-2e87200241b1/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



13D.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-2e87200241b1/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



13E.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-2e87200241b1/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



13F.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-2e87200241b1



13G.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-
2e87200241b1/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



13H.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-
2e87200241b1/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



13I.
https://media.staticontent.com/media/pictures/a0962a19-4b82-4434-8bff-
2e87200241b1/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



18A. **VA 1-758-524**        **setai346**

https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



18B.

https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/1120x700?op=fit



18C.

https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



18D.
https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



18E.
https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



18F.
https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-e02102257765



18G.
https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



18H.

https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



18I.

https://media.staticontent.com/media/pictures/17c3c8bc-34e1-4a4c-8105-
e02102257765/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



25A. **VA 1-758-524**        setai342

https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-a99d5fce1b15/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



25B.

https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-a99d5fce1b15/1120x700?op=fit



25C.

https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-a99d5fce1b15/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



25D.
https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-
a99d5fce1b15/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



25E.
https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-
a99d5fce1b15/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



25F.
https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-a99d5fce1b15



25G.
https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-a99d5fce1b15/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



25H.
https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-
a99d5fce1b15/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



25I.
https://media.staticontent.com/media/pictures/ca0e51b4-cc8b-45f3-80a7-
a99d5fce1b15/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



27A. **VA 1-758-524**          setai350

https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-49fecb763084/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



27B.

https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-49fecb763084/1120x700?op=fit



27C.

https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-49fecb763084/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



27D.
https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-
49fecb763084/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



27E.
https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-
49fecb763084/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



27F.
https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-49fecb763084



27G.
https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-49fecb763084/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



27H.
https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-
49fecb763084/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



27I.
https://media.staticontent.com/media/pictures/b641c28b-8cd8-46e8-ac31-
49fecb763084/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



28A. VA 1-758-524          setai340
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-
7d69e3b6864a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



28B.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-
7d69e3b6864a/1120x700?op=fit



28C.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-
7d69e3b6864a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



28D.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-
7d69e3b6864a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



28E.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-
7d69e3b6864a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



28F.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-7d69e3b6864a



28G.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-7d69e3b6864a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



28H.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-
7d69e3b6864a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



28I.
https://media.staticontent.com/media/pictures/db96ec53-3df2-48cb-a1dc-
7d69e3b6864a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

