# EXHIBIT 71

6A. **VAu 1-055-459**              setai1095
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



6B.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/1120x700?op=fit



6C.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



6D.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



6E.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



6F.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396



6G.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



6H.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



6I.
https://media.staticontent.com/media/pictures/21bc4a16-9a86-44ed-8fb3-4b85873a1396/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



23A. **VAu 1-055-459**              setai868
https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



23B.
https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/1120x700?op=fit



23C.

https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



23D.

https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



23E.
https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



23F.
https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f



23G.
https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



23H.
https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



23l.
https://media.staticontent.com/media/pictures/2615c010-2157-4c9e-b3cc-9ad231f5928f/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

