# EXHIBIT 72

**SETAI (32P)**

1A. **VA 1-432-332**          **setai261**
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-9a7a2069eec0/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



1B.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-9a7a2069eec0/1120x700?op=fit



1C.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-9a7a2069eec0/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



1D.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-9a7a2069eec0/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



1E.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-
9a7a2069eec0/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



1F.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-9a7a2069eec0



1G.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-9a7a2069eec0/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



1H.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-9a7a2069eec0/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



1l.
https://media.staticontent.com/media/pictures/d26ad2f3-419f-4eae-a896-
9a7a2069eec0/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



7A. **VA 1-432-332**          **setai258**
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-
fc9954aff8f0/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



7B.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-
fc9954aff8f0/1120x700?op=fit



7C.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-fc9954aff8f0/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



7D.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-fc9954aff8f0/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



7E.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-fc9954aff8f0/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



7F.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-fc9954aff8f0



7G.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-
fc9954aff8f0/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



7H.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-
fc9954aff8f0/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



7I.
https://media.staticontent.com/media/pictures/2a7ac35e-7f61-447f-ba96-
fc9954aff8f0/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



8A. **VA 1-432-332**          setai308
https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



8B.
https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/1120x700?op=fit



8C.
https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



8D.
https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



8E.

https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



8F.

https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-1d234010805a



8G.
https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



8H.
https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



8I.
https://media.staticontent.com/media/pictures/2fe906ac-171f-48f7-800d-
1d234010805a/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



12A. **VA 1-432-332**        **setai269**
https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-4ff09572d338/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



12B.
https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-4ff09572d338/1120x700?op=fit



12C.

https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-
4ff09572d338/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



12D.

https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-
4ff09572d338/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



12E.

https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-
4ff09572d338/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



12F.

https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-4ff09572d338



12G.
https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-
4ff09572d338/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



12H.
https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-
4ff09572d338/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



12I.
https://media.staticontent.com/media/pictures/56f409fd-4afc-4009-8ef7-
4ff09572d338/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



15A. **VA 1-432-332**          **setai369**
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



15B.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc/1120x700?op=fit



15C.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



15D.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



15E.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-
eeaa3ceeaefc/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



15F.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc



15G.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



15H.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



15I.
https://media.staticontent.com/media/pictures/e1854ca3-9362-418c-afb3-eeaa3ceeaefc/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



16A. **VA 1-432-332**          setai267
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



16B.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/1120x700?op=fit



16C.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



16D.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



16E.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



16F.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-9f8c411007c3



16G.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



16H.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



16I.
https://media.staticontent.com/media/pictures/c13c692a-05d5-44db-8cc4-
9f8c411007c3/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



17A. **VA 1-432-332**          setai374

https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-
50b981f138cb/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



17B.

https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-
50b981f138cb/1120x700?op=fit



17C.

https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-
50b981f138cb/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



17D.
https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-50b981f138cb/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



17E.
https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-50b981f138cb/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



17F.

https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-50b981f138cb



17G.

https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-50b981f138cb/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



17H.
https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-
50b981f138cb/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



17I.
https://media.staticontent.com/media/pictures/a4ff4957-b6b9-4229-90ab-
50b981f138cb/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



21A. **VA 1-432-332**          setai315

https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-82147174f727/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



21B.

https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-82147174f727/1120x700?op=fit



21C.

https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-82147174f727/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



21D.
https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-
82147174f727/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



21E.
https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-
82147174f727/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



21F.
https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-82147174f727



21G.
https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-82147174f727/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



21H.
https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-82147174f727/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



21I.
https://media.staticontent.com/media/pictures/25465fdb-e739-4fbd-b7be-82147174f727/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



22A. **VA 1-432-332**        setai265

https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-a22428dbc629/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



22B.

https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-a22428dbc629/1120x700?op=fit



22C.

https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-a22428dbc629/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



22D.
https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-a22428dbc629/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



22E.
https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-a22428dbc629/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



22F.
https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-a22428dbc629



22G.
https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-a22428dbc629/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



22H.
https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-
a22428dbc629/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



22I.
https://media.staticontent.com/media/pictures/e6a5ddb2-601f-49be-ad54-
a22428dbc629/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



24A. **VA 1-432-332**          setai327
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-
6b50be83f7e8/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



24B.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-
6b50be83f7e8/1120x700?op=fit



24C.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-
6b50be83f7e8/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



24D.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-
6b50be83f7e8/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



24E.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-6b50be83f7e8/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



24F.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-6b50be83f7e8



24G.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-
6b50be83f7e8/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



24H.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-6b50be83f7e8/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



24I.
https://media.staticontent.com/media/pictures/d2b8a4c8-88ff-41f8-8572-
6b50be83f7e8/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



26A. **VA 1-432-332**        setai376

https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-95972981ee84/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



26B.

https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-95972981ee84/1120x700?op=fit



26C.

https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-95972981ee84/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



26D.
https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-95972981ee84/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



26E.
https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-95972981ee84/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



26F.

https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-95972981ee84



26G.

https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-95972981ee84/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



26H.
https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-
95972981ee84/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



26I.
https://media.staticontent.com/media/pictures/0e316929-3835-4b5c-b322-
95972981ee84/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



29A. VA 1-432-332          setai266

https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-
b433ea3ff15b/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



29B.

https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-
b433ea3ff15b/1120x700?op=fit



29C.

https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-
b433ea3ff15b/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



29D.
https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-b433ea3ff15b/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



29E.
https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-b433ea3ff15b/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



29F.
https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-b433ea3ff15b



29G.

https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-b433ea3ff15b/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



29H.

https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-b433ea3ff15b/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



29I.

https://media.staticontent.com/media/pictures/0f7dea73-bc8d-4b15-85bd-b433ea3ff15b/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31A. **VA 1-432-332          setai270**
https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-
863f499f2c23/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31B.
https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-
863f499f2c23/1120x700?op=fit



31C.
https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-
863f499f2c23/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31D.
https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-863f499f2c23/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31E.
https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-863f499f2c23/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31F.

https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-863f499f2c23



31G.

https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-863f499f2c23/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31H.
https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-863f499f2c23/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31I.
https://media.staticontent.com/media/pictures/62a65035-dcf4-4584-a51d-863f499f2c23/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



32A. **VA 1-432-332**          **setai364**

https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-6a8cdd58d45b/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



32B.

https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-6a8cdd58d45b/1120x700?op=fit



32C.

https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-6a8cdd58d45b/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



32D.
https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-
6a8cdd58d45b/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



32E.
https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-
6a8cdd58d45b/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



32F.
https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-6a8cdd58d45b



32G.
https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-6a8cdd58d45b/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



32H.
https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-
6a8cdd58d45b/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



32I.
https://media.staticontent.com/media/pictures/c89d4d06-b28b-4cd1-aeeb-
6a8cdd58d45b/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

