# EXHIBIT 73

3A. **VAu 1-055-458**             setai642

https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



3B.

https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/1120x700?op=fit



3C.
https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



3D.
https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



3E.
https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



3F.
https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897



3G.
https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



3H.
https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



31.
https://media.staticontent.com/media/pictures/cbe5c62a-8e05-4462-b543-e185f9638897/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



4A. **VAu 1-055-458** setai738
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/208x125?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



4B.
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/1120x700?op=fit



4C.
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/100x75?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



4D.
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/316x311?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



4E.
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/690x388?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



4F.
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08



4G. https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/300x299?op=NONE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



4H.
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/250x324?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2



4I.
https://media.staticontent.com/media/pictures/e9f3f3b3-e9de-46bf-a94e-67e3e1432e08/1120x454?op=TRUNCATE&enlarge=false&gravity=ce_0_0&quality=80&dpr=2

