UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| The Wave Studio, LLC, | | CIVIL ACTION NO.: 7:23-CV-03586 |
|---|---|---|
| | vs | *Plaintiff* |
| Trivago N.A., et al., | | |
| | | *Defendant* |

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **7/12/2023** at **11:26 AM** at **60 East 42nd Street, Lobby, New York, NY 10165**

deponent served a(n) **Amended Summons in a Civil Action and Second Amended Complaint Jury Trial Demanded, Exhibits 1- 73 to Amended Complaint**

on **MakeMyTrip.com, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Malik Manjoo** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : Brown
Hair : Gray/White
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight : Over 200 Lbs.
Other : Glasses

Sworn to before me this
13th day of July, 2023

-----------------------------------------
NOTARY PUBLIC
YONG SHI LIANG
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. # 01LI0007685
COMM EXP. 05/16/2027

-----------------------------------------
Juan Pimentel
License No.2066974