UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC,

CIVIL ACTION NO.: 7:23-CV-03586

VS

**Plaintiff**

Trivago N.A., et al.,

**Defendant**

## AFFIDAVIT OF SERVICE

State of Florida }
County of Pinellas } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida.

That on **07/11/2023** at **11:30 AM** at **7901 4th Street, N., Suite 300, St. Petersburg, FL 33702**

deponent served a(n) **Summons in a Civil Action and Second Amended Complaint Jury Trial Demanded, Exhibits 1-73 to Amended Complaint**

on **Despegar.com USA, Inc. c/o Northwest Registered Agent LLC**, Registered Agent,

by delivering thereat a true copy to **Korey Frank** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Male
Skin: White
Hair: Dk. Brown
Age: 22 - 35 Yrs.
Height: Over 6'
Weight: 161-200 Lbs.
Other:

Sworn to and subscribed before me via physical presence personally known ✓ or produced identification ____ this 12 day of July, 2023 by the affiant

NOTARY PUBLIC

SANDRA KAHLE
Notary Public - State of Florida
Commission # HH 248946
My Comm. Expires Apr 4, 2026
Bonded through National Notary Assn.

Ruth Ann Kohls, APS#26737

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160