
**POLLOCK | COHEN LLP**
111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
(212) 337-5361

CONTACT:
Christopher Leung
Chris@PollockCohen.com
(917) 985-3995

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023
```

August 1, 2023

**MEMO ENDORSED**

**VIA FACSIMILE**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

*Fax:* (914) 390-4179

> The Court grants Defendant MakeMyTrip.com's extension request to respond to the SAC on or before October 31, 2023. The parties are directed to file such requests onto ECF moving forward.
>
> Dated: August 1, 2023
> White Plains, NY
>
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   *The Wave Studio, LLC v. Trivago N.V., et al.*, Case No. 7:23-cv-3586-NSR (S.D.N.Y.)

Dear Judge Román:

Our firm was retained less than two weeks ago as counsel in the above-referenced matter for the following Defendants: MakeMyTrip.com, Inc.; MakeMyTrip India Pvt. Ltd.; Skyscanner Ltd.; Trip.com Travel Singapore Pte. Ltd.; and Trip.com Group Limited.

For the following reasons, we are requesting an Order to extend the time by which Defendant MakeMyTrip.com, Inc. must respond to Plaintiff's Second Amended Complaint. *See* Ind. Prac. R. 1.E. And pursuant to this Court's Individual Rule 1.F., we are concurrently emailing the proposed order to the Clerk of this Court and not attaching a courtesy copy here.

As this Court is aware, Plaintiff's operative complaint was filed on June 5, 2023 (ECF No. 41). Plaintiff then served MakeMyTrip.com, Inc. on July 12, 2023, making its response due August 2, 2023.

Pursuant to a stipulation with Plaintiff's counsel, the parties in this action have agreed to move MakeMyTrip.com, Inc.'s time to respond to October 31, 2023. The international Defendants MakeMyTrip India Pvt. Ltd., Skyscanner Ltd., Trip.com Travel Singapore Pte. Ltd., and Trip.com Group Limited intend to waive service pursuant to Rule 4(d), on or before August 2, 2023, resulting in an identical time to respond—October 31, 2023 (i.e., 90 days as measured from August 2, 2023).

Hon. Judge Román and Clerk of the Court
August 1, 2023
Page 2 of 2

      This is Defendant MakeMyTrip.com, Inc.'s first request for extension of time to respond to Plaintiff's Second Amended Complaint. We thank this Court for its consideration of this request.

                                                Sincerely,

                                                */s/ Christopher Leung*


cc:      Plaintiff's counsel of record (*via email*)