UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC., DESPEGAR.COM CORP., AND DESPEGAR.COM USA INC.,<br><br>       Defendants. | Case No.: 7:23-cv-03586<br><br>Related Action: *The Wave Studio, LLC v. General Hotel Management Ltd., et al.,* Case No.: 7:13-cv-09239-CS-PED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance on behalf of Defendants MakeMyTrip, Inc. (previously doing business as MakeMyTrip.com, Inc.); MakeMyTrip India Pvt. Ltd.; Skyscanner Ltd.; Trip.com Travel Singapore Pte. Ltd.; and Trip.com Group Limited in the above-captioned matter. Defendants expressly reserve all defenses and grounds for dismissal, including that this Court lacks jurisdiction over Defendants MakeMyTrip India Pvt. Ltd.; Skyscanner Ltd.; Trip.com Travel Singapore Pte. Ltd.; and Trip.com Group Limited.

Dated: August 4, 2023
   New York, NY

            Respectfully submitted,

          By: */s/ Christopher K. Leung*

            Christopher K. Leung
            POLLOCK COHEN LLP
            111 Broadway, 18th Floor

- 2 -

New York, NY 10006
Tel: (212) 337-5361
Email: chris@pollockcohen.com

*Counsel for Defendants MakeMyTrip.com, Inc.; MakeMyTrip India Pvt. Ltd.; Skyscanner Ltd.; Trip.com Travel Singapore Pte. Ltd.; and Trip.com Group Limited*