UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC., DESPEGAR.COM CORP., AND DESPERGAR.COM USA INC.,<br><br>　　　　　　　　Defendants. | Case No.: 7:23-cv-0358<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1, Defendants MakeMyTrip, Inc. (previously doing business as MakeMyTrip.com, Inc.), MakeMyTrip India Pvt. Ltd., Skyscanner Ltd., Trip.com Travel Singapore Pte. Ltd., and Trip.com Group Limited hereby disclose the following:

　　　　Defendant MakeMyTrip, Inc. is a wholly owned subsidiary of MakeMyTrip Limited, which is a publicly-traded Mauritius company. MakeMyTrip Limited is partially owned by Trip.com Group Limited, which is a publicly-held Cayman Islands company. Trip.com Group Limited is partially owned by Baidu Holdings Limited, a wholly-owned British Virgin Island subsidiary of Baidu, Inc., which is a publicly-held Cayman Islands company. No other publicly-held company owns 10% or more of MakeMyTrip Limited stock.

　　　　Defendant MakeMyTrip India Pvt. Ltd. is a partially-owned subsidiary of MakeMyTrip Limited, which is a publicly-traded Mauritius company. MakeMyTrip Limited is partially owned by Trip.com Group Limited, which is a publicly-held Cayman Islands company. Trip.com Group Limited is partially owned by Baidu Holdings Limited, a wholly-owned British Virgin Island

1

subsidiary of Baidu, Inc., which is a publicly-held Cayman Islands company. No other publicly-held company owns 10% or more of MakeMyTrip Limited stock.

Defendant Skyscanner Ltd. is a wholly owned subsidiary of Skyscanner Holdings Limited, a U.K. company. Skyscanner Holdings Limited. is a partially-owned subsidiary of Trip.com International, a Cayman Islands company. Trip.com International is a wholly owned subsidiary of Trip.com Group Limited. Trip.com Group Limited is partially owned by Baidu Holdings Limited, a wholly-owned British Virgin Island subsidiary of Baidu, Inc. Baidu, Inc. is a publicly-held Cayman Islands company. No other publicly-held company owns 10% or more of Trip.com Group Limited stock.

Defendant Trip.com Travel Singapore Pte. Ltd. is a wholly-owned subsidiary of Trip.com Group Limited, which is a publicly-held Cayman Islands company. Trip.com Group Limited is partially owned by Baidu Holdings Limited, a wholly-owned British Virgin Island subsidiary of Baidu, Inc., which is a publicly-held Cayman Islands company. No other publicly-held company owns 10% or more of Trip.com Group Limited stock.

Defendant Trip.com Group Limited is a publicly-held company that is partially owned by Baidu Holdings Limited, a wholly-owned British Virgin Island subsidiary of Baidu, Inc., a publicly-held Cayman Islands company. No other publicly-held company owns 10% or more of Trip.com Group Limited stock.

| | | |
|---|---|---|
| Dated: | August 10, 2023<br>New York, NY | Respectfully submitted,<br><br>By: */s/ Christopher K. Leung*<br><br>Christopher K. Leung<br>POLLOCK COHEN LLP<br>111 Broadway, 18th Floor<br>New York, NY 10006 |

Tel: (212) 337-5361
Email: chris@pollockcohen.com

*Counsel for Defendants MakeMyTrip, Inc., MakeMyTrip India Pvt. Ltd., Skyscanner Ltd., Trip.com Travel Singapore Pte. Ltd., and Trip.com Group Limited*