**KILPATRICK TOWNSEND & STOCKTON LLP**
James A. Trigg (5780648)
Georges Nahitchevansky (GN 7750)
Briggs M. Wright (BW 1979)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Defendants*
*Despegar.com Corp. and*
*Despegar.com USA, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC., DESPEGAR.COM CORP., AND DESPEGAR.COM USA, INC., <br><br> Defendants. | Case No. 7:23-cv-03586-NSR |

**DEFENDANTS DESPEGAR.COM CORP.'S AND DESPEGAR.COM USA, INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Despegar.com Corp. ("Despegar") and Despegar.com USA, Inc. ("Despegar USA"), by and through undersigned counsel, state that Despegar is a publicly held corporation. LCLA Daylight LP and

Expedia, Inc. are publicly held corporations that each hold 10% or more of Despegar's stock. Despegar USA is wholly owned by Despegar.

DATED: November 8, 2023

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _/s/ James A. Trigg_

James A. Trigg (5780648)
jtrigg@kilpatricktownsend.com

Georges Nahitchevansky (GN 7750)
ghn@kilpatricktownsend.com

Briggs M. Wright (BW 1979)
briggs.wright@kilpatricktownsend.com

1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Defendants
Despegar.com Corp. and
Despegar.com USA, Inc.*