**KILPATRICK TOWNSEND &
STOCKTON LLP**
James A. Trigg (5780648)
Georges Nahitchevansky (GN 7750)
Briggs M. Wright (BW 1979)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Defendants
Despegar.com Corp. and
Despegar.com USA, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC., DESPEGAR.COM CORP., AND DESPEGAR.COM USA, INC.,<br><br>                    Defendants. | Case No. 7:23-cv-03586-NSR |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Briggs M. Wright, Esq. of the law firm Kilpatrick Townsend & Stockton LLP, The Grace Building, 1114 Avenue of the Americas, 21st Floor, New York, New York 10036, hereby appears in the above-captioned action as attorney for Defendants Despegar.com Corp. and Despegar.com USA, Inc.

DATED: November 8, 2023                    Respectfully submitted,

                                                   KILPATRICK TOWNSEND & STOCKTON LLP

                                                   By: */s/ Briggs M. Wright*

                                                 Briggs M. Wright (BW 1979)
                                                 briggs.wright@kilpatricktownsend.com

                                                 James A. Trigg (5780648)
                                                 jtrigg@kilpatricktownsend.com

                                                 Georges Nahitchevansky (GN 7750)
                                                 ghn@kilpatricktownsend.com

                                                 1114 Avenue of the Americas
                                                 New York, NY 10036
                                                 Telephone: (212) 775-8700
                                                 Facsimile: (212) 775-8800

                                                 *Attorneys for Defendants*
                                                 *Despegar.com Corp. and*
                                                 *Despegar.com USA, Inc.*