UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>   *Plaintiff,*<br><br>  v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC.,<br><br>   *Defendants.* | Case No. 7:23-cv-03586-NSR<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT TRIVAGO SERVICES US, LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Wave Studio, LLC and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Trivago Services US, LLC.

Dated: New York, New York
   November 16, 2023

ROBINS KAPLAN LLP

By: /s/ *Gabriel Berg*
 Roman Silberfeld (*pro hac vice* to be filed)
 Annie Huang
 Gabriel Berg
 GBerg@RobinsKaplan.com
 Jessica Gutierrez (*pro hac vice* to be filed)
 Zac Cohen (*pro hac vice* to be filed)
 Waleed Abbasi
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
Telephone:  212 980 7400
Facsimile:  212 980 7499

*Attorneys for Plaintiff The Wave Studio, LLC*