USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

*Plaintiff,*

v.

TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM, INC.,

*Defendants.*

Case No. 7:23-cv-03586-NSR

**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT TRIVAGO SERVICES US, LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Wave Studio, LLC and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Trivago Services US, LLC.

Dated: New York, New York
       November 16, 2023

ROBINS KAPLAN LLP

By: /s/ *Gabriel Berg*
Roman Silberfeld (*pro hac vice* to be filed)
Annie Huang
Gabriel Berg
GBerg@RobinsKaplan.com
Jessica Gutierrez (*pro hac vice* to be filed)
Zac Cohen (*pro hac vice* to be filed)
Waleed Abbasi
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
Telephone: 212 980 7400
Facsimile: 212 980 7499

*Attorneys for Plaintiff The Wave Studio, LLC*

Dated: November 17, 2023
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE