AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION        ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.          DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

**SCHEDULE A**

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1. | VA 1-432-324 | Wave-s Photographs 2001 | Wave-s (employer for hire of Masano Kawana) |
| 2. | VA 1-432-325 | Wave-s Photographs 2002 | Wave-s (employer for hire of Masano Kawana) |
| 3. | VA 1-432-326 | The Wave Design Pte. Ltd. Photographs 2007(A) | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 4. | VA 1-432-327 | The Wave Design Pte. Ltd. Photographs 2007(B) | The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin) |
| 5. | VA 1-432-328 | Wave-s Photographs 2003 | Wave-s (employer for hire of Masano Kawana) |
| 6. | VA 1-432-329 | Wave-s Photographs 2004 | Wave-s |
| 7. | VA 1-432-330 | The Wave Design Pte. Ltd. Photographs 2006 | The Wave Design Pte. Ltd. |
| 8. | VA 1-432-331 | The Wave Pte. Ltd. Photographs 2005 (A) | The Wave Design Pte. Ltd. |
| 9. | VA 1-432-332 | The Wave Design Pte. Ltd. Photographs 2005 (B) | The Wave Design Pte. Ltd. |
| 10. | VA 1-432-336 | Wave-s Photographs 2002 (B) | Wave-s (employer for hire of Masano Kawana) |
| 11. | VA 1-433-816 | Wave-s Photographs 2002 (C) | Wave-s (employer for hire of Masano Kawana) |
| 12. | VA 1-765-854 | The Wave Design Pte. Ltd. published legian 121 | The Wave Design Pte. Ltd. |
| 13. | VA 1-758-524 | Wave-s Photographs 2004 (B) | Wave-s (employer for hire of Masano Kawana) |
| 14. | VA 1-824-376 | The Wave Design Pte. Ltd.-datai105 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 15. | VA 1-825-249 | The Wave Design Pte. Ltd.-detai104 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 16. | VA 1-825-264 | The Wave Design Pte. Ltd.-andaman067 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 17. | VA 1-825-429 | Wave-s Photographs 2004 (D) - chediclub141 | Wave-s (employer for hire of Masano Kawana) |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 18. VA 1-825-431 | Wave-s Photographs 2004 (C) - legian122 | Wave-s (employer for hire of Masano Kawana) |
| 19. VA 1-829-021 | The Wave Design Pte. Ltd. - andaman068 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 20. VA 1-842-228 | The Wave Design Pte. Ltd. - bkk018 - bkk025 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 21. VA 1-842-230 | Wave-s Photographs 2004 - chiangmai239 | Wave-s (employer for hire of Masano Kawana) |
| 22. VA 1-857-706 | Wave-S Photographs 2002 - lalu159 | Wave-S (employer for hire of Masano Kawana) |
| 23. VA-1-942-993 | The Wave Design Pte. Ltd. - setai1182 | The Wave Design Pte. Ltd. (employer for hire) |
| 24. VAu 1-055-458 | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 – setai803 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 25. VAu 1-055-459 | The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 – setai958; setai960 – setai1179 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 26. VAu 1-057-927 | The Wave Pte. Ltd. unpublished setai 182 | The Wave Pte. Ltd. |
| 27. VAu 1-060-180 | The Wave Design Pte. Ltd. unpublished setai0183; 0184 | The Wave Design Pte. Ltd. |
| 28. VAu 1-060-182 | Wave-s unpublished setai959 | Wave-s |
| 29. VAu 1-110-867 | The Wave Design Pte. Ltd. - Unpublished Photograph setai 1180 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| 30. VAu 1-144-751 | The Wave Design Pte. Ltd. - Unpublished setai1181 | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |