## POLLOCK | COHEN LLP
111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
(212) 337-5361

*CONTACT:*
Anna Menkova
Anna@PollockCohen.com
(646) 687-7644

May 7, 2025

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:   *The Wave Studio, LLC v. Trivago et al.*,
>            No 7:23-cv-03586
>        *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
>            No. 7-13-cv-09239-CS-VR

Dear Judge Reznik:

We represent Defendants Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., and MakeMyTrip, Inc. (the "Trip Defendants"). We write to request a two-week adjournment of the deadline to file a reply in further support of the Motion to Dismiss and in opposition to Plaintiff's Cross Motion for Leave to Amend, currently due Friday, May 9, 2025. Accordingly, Defendants' opposition and reply would be due May 23, 2025, and Plaintiff's replies would be due on June 6, 2025. The parties will file all papers with the Court on June 9, 2025.

The Trip Defendants seek adjournment because they will be substituting counsel, who will need time to get acquainted with the case and prepare the motion. This is the Trip Defendants' first request to adjourn this deadline.

The Defendants Booking Holdings Inc., Agoda Company Pte. Ltd., AGIP LLC, Booking.com BV, Booking.com (USA) Inc., Rocket Travel, Inc., Momondo A/S, Priceline.com LLC, and Hotels Combined LLC  (the "Booking Holdings Defendants") have parallel deadlines for their motion to dismiss reply and cross motion opposition briefs. We therefore propose that the schedule for their motion and Plaintiff's cross motion be extended by the same two-week period, with the Booking Holdings Defendants' reply and opposition briefs also due on May 23, 2025, Plaintiff's reply due June 6, 2025, and all papers filed on June 9, 2025.  The Booking Holdings Defendants agree to this adjournment.

Plaintiff consents to this adjournment.

Thank you for your consideration in this matter.

Hon. Victoria Reznik
May 7, 2025
Page 2 of 2

Sincerely,

/s/ *Anna Menkova*

Anna Menkova