SO ORDERED.

*Cathy Seibel* 5/9/25

CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT

SOUTHEN DISTRICT OF NEW YORK

The Clerk shall terminate ECF No. 499.

| | |
|---|---|
| The Wave Studio, LLC, | Case No. 7:23-cv-03586 |
| Plaintiff, | Case No. 7:13-cv-09239 |
| v. | **Stipulation of Substitution of Counsel** |
| Trivago N.V. et al., | |
| Defendants. | Judge Cathy Seibel |

Pursuant to Local Rule 1.4, it is hereby stipulated and agreed by and between the undersigned that Adam Lewis Pollock and Anna Menkova shall be substituted by the following as counsel of record for Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., and MakeMyTrip.com, Inc. in the above-captioned action:

> BALANCE LAW FIRM
> Beixiao Robert Liu, Esq.
> Stephen Mason Hudspeth, Esq.
> One World Trade Center, Suite 8500
> New York, NY 10007
> Telephone: (212) 714-8080
> robert.liu@balancelawfirm.com
> stephen.hudspeth@balancelawfirm.com

Substitution of counsel will not materially delay this case, nor will it cause prejudice to any other party.

Dated: May 6, 2025

1

Pollock Cohen LLP

By: ___/s/ *Adam Pollock*_____
Adam Lewis Pollock
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Adam@PollockCohen.com

2

BALANCE LAW FIRM

By: s/ *B. Robert Liu*
Beixiao Robert Liu
One World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

3

Trip.com Group Limited

By: _____
Min Zhai

6

Trip.com Travel Singapore Pte. Ltd.

By: _____
Min Zhai

Skyscanner Ltd.

By: _____
Candice Donnelly

9

MakeMyTrip.com, Inc.

By: _____
Adhiraj Singh

10