IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>         Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>         Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Francesca M. S. Germinario hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for in the above-captioned action.

  I am in good standing of the bars of the states of California and New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Date: May 9, 2025           Respectfully submitted,

                            /s/ Francesca M. S. Germinario
                            Francesca M. S. Germinario
                            (NY Bar No. 5629407)
                            WARREN KASH WARREN LLP
                            2261 Market Street, No. 606
                            San Francisco, California, 94114
                            +1 (415) 895-2940
                            +1 (415) 895-2964 facsimile
                            13-9239@cases.warrenlex.com

                            *Attorneys for Plaintiff The Wave Studio, LLC*