AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| The Wave Studio, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:23-cv-03586 |
| Trivago N.V. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., and MakeMyTrip.com, Inc.   .

Date:   05/09/2025

B. Robert Liu
*Attorney's signature*

Beixiao Robert Liu 5697552
*Printed name and bar number*

1 World Trad Ctr Ste 8500
New York, NY 10007
*Address*

robert.liu@balancelawfirm.com
*E-mail address*

(212) 741-8080
*Telephone number*

(631) 490-4465
*FAX number*