AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:23-cv-03586-CS |
| Trivago N.V. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MakeMyTrip.com, Inc., Skyscanner Ltd., Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd.

Date:     05/10/2025

/s/ Stephen Hudspeth
*Attorney's signature*

Stephen Hudspeth (Bar No. SH4442)
*Printed name and bar number*
One World Trade Center, Ste 8500
New York, NY 10007

*Address*

stephen.hudspeth@balancelawfirm.com
*E-mail address*

(212) 741-8080
*Telephone number*

(631) 490-4465
*FAX number*