UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP.COM, INC.<br><br>        Defendants. | Civil Action No. 7:23-cv-03586<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Dayna C. Cooper hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP.COM, INC., in the above-captioned action.

    I am in good standing of the bar(s) of the state(s) of Maryland and District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

[SIGNATURE PAGE FOLLOWS]

Dated: June 6, 2025

Respectfully Submitted,

_____
Dayna C. Cooper, Esq.
Balance Law, PLLC
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
dayna.cooper@balancelawfirm.com