UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TRIVAGO N.V., TRIVAGO SERVICES US, LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., MAKEMYTRIP.COM, INC.<br><br>    Defendants. | Civil Action No. 7:23-cv-03586<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE** |

I, Dayna C. Cooper, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Balance Law, PLLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Maryland, and a member in good standing of the Bar of the State of District of Columbia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings pending against me.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for plaintiff Paul Gardella.

[SIGNATURE PAGE FOLLOWS]

Dated: June 6, 2025

Respectfully Submitted,

*[signature]*

Dayna C. Cooper, Esq.
Balance Law, PLLC
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
dayna.cooper@balancelawfirm.com

*[notary signature]*

CHRISTY E RODRIGUEZ
Notary Public, Georgia
Butts County
My Commission Expires
March 23, 2027